# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-064 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| **CHARLES EMOR** | | |
| DOB:         PDID: | **FILED** | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | MAR 10 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT MAIL FRAUD;

MAIL FRAUD;

RECEIVING STOLEN PROPERTY.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 371; 18 U.S.C. § 1341; D.C. Code § 22-3232 | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY: JOHN M. FACCIOLA U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: 03/7/06 |
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE: 3/7/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3-7-06 | NAME AND TITLE OF ARRESTING OFFICER REPORTING Sean McLeod SDUSM | SIGNATURE OF ARRESTING OFFICER REPORTING Sean McLeod |
|---|---|---|
| DATE EXECUTED 3-10-06 | | |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |