IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION NO. 06-CR-00064(HHK) |
| DWAYNE SIMMONS | : | |
| CHARLES EMOR | : | |
| | : : : : : | |

**Notice of Appearance**

Please take note that the law firm of Blank Rome LLP, and attorneys William R. Martin, Shawn M. Wright and Kerry Brainard Verdi have been retained to represent defendant Charles Emor in the above-captioned matter.

Respectfully submitted,

Dated:  March 27, 2006

/s/ William R. Martin
William R. Martin (DC Bar # 465531)
martin-w@blankrome.com
Shawn M. Wright (DC Bar # 548377)
wright@blankrome.com
Kerry Brainard Verdi (DC Bar # 478486)
verdi@blankrome.com
Blank Rome LLP
600 New Hampshire Ave.
Washington D.C. 20008
(202) 772-5800