UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>DWAYNE SIMMONS, )<br>CHARLES EMOR )<br>)<br>*Defendants.* ) | Criminal No. 1:06-CR-00061-HHK<br>Status Conference: June 2, 2006 |

## CONSENT MOTION FOR CONTINUATION OF STATUS CONFERENCE

Defendant Charles Emor, without objection from the government, respectfully requests an Order continuing the status conference currently scheduled for Friday, June 2, 2006, to a date on or after June 16, 2006.

Unfortunately, undersigned counsel was called out of the country on another matter and will be unavailable to attend the June 2, 2006, status conference. The parties continue to discuss the possibility for dissolution of this matter.

Accordingly, Mr. Emor respectfully requests that the Court continue this matter to a mutually agreeable date by all parties and the Court.

Dated: May 31, 2006

Respectfully Submitted,

*/s/ William R. Martin*
William R. Martin (D.C. Bar # 465531)
**Blank Rome LLP**
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202) 772-5800
Fax: (202) 772-5858

125072.00601/35730685v.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:06-CR-00061-HHK |
| ) | Status Conference: June 2, 2006 |
| v. ) | |
| ) | |
| DWAYNE SIMMONS, ) | |
| CHARLES EMOR ) | |
| ) | |
| *Defendants.* ) | |

### [Proposed] ORDER

Upon consideration of the Consent Motion for Continuation of Status Conference, it is hereby ORDERED that the June 2, 2006, Status Conference is cancelled; and it is further

ORDERED that a Status Conference is scheduled for June _____, 2006 at __:__ am/pm in Courtroom _____.

So Ordered,

_____
U.S. District Court Judge

Copies to:

AUSA Roy Austin Jr.
United States Attorney's Office
For the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

William R. Martin, Esq.
Blank Rome, LLP
600 New Hampshire Ave. NW
Washington, D.C. 20037

125072.00601/35730685v.1