UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 064 REK |
| ) | Criminal No. 1:06-CR-~~~~-HHK |
| ) | Status Conference: June 2, 2006 |
| v. ) | |
| ) | |
| DWAYNE SIMMONS, ) | **FILED** |
| CHARLES EMOR ) | |
| ) | JUN 1 2006 |
| *Defendants.* ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

ORDER

Upon consideration of the Consent Motion for Continuation of Status Conference, it is hereby ORDERED that the June 2, 2006, Status Conference is cancelled; and it is further

ORDERED that a Status Conference *shall be scheduled by the Clerk* ~~scheduled for June~~ 2006 at ~~: am/pm~~ *after June 16, 2006, when the business of the court permits* ~~in Courtroom~~

So Ordered,

*[signature]*
U.S. District Court Judge

Copies to:

AUSA Roy Austin Jr.
United States Attorney's Office
For the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

William R. Martin, Esq.
Blank Rome, LLP
600 New Hampshire Ave. NW
Washington, D.C. 20037

125072.00601/35730685v.1