UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal 06-064 |
| DWAYNE SIMMONS, CHARLES EMOR, | |
| Defendants. | |

## ORDER

The court has received a report from the District of Columbia Pretrial Services Agency that is captioned "Request for Judicial Action." In this report, the Pretrial Services Agency states that defendant Charles Emor failed to comply with his weekly reporting condition of release and submitted a drug test that was positive for the illegal drug use. Based on the foregoing information, the Pretrial Services Agency requests that the court modify the conditions of Mr. Emor's release. On the basis of the Pretrial Services' Request for Judicial Action, it is this 5th day of June, 2006, hereby,

**ORDERED** that defendant Charles Emor's weekly reporting condition is amended to require weekly reporting in person to Pretrial Services; and it is further

**ORDERED** that defendant Charles Emor undergo weekly drug testing with Pretrial Services.

Henry H. Kennedy, Jr.
United States District Judge