## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:06-CR-00064-HHK |
| ) | Status Conference: July 6, 2006 |
| v. ) | |
| ) | |
| CHARLES EMOR ) | |
| ) | |
| *Defendants.* ) | |

### CONSENT MOTION FOR CONTINUATION OF STATUS CONFERENCE

Defendant Charles Emor, without objection from the government, respectfully requests an Order continuing the status conference in this matter by one week. The status conference is currently scheduled for July 6, 2006, therefore, Mr. Emor respectfully requests that the Court reschedule the status conference to July 13, 2006.

In support of this request, Mr. Emor submits that undersigned counsel continues to negotiate with the Government about a possible resolution of this matter. Undersigned counsel has requested a meeting with supervisory attorneys at the U.S. Attorneys Office in an attempt to resolve this matter. A meeting is tentatively scheduled for July 10, 2006. Mr. Emor is respectfully requesting that his counsel have an opportunity to attend this meeting before appearing before this Honorable Court. Additionally, undersigned counsel apologizes to the Court for the timing in requesting this continuance.

Accordingly, Mr. Emor respectfully requests that the Court continue this matter to a mutually agreeable date by all parties, July 13, 2006.

Dated: July 5, 2006 Respectfully Submitted,

/s/
William R. Martin  (D.C. Bar # 465531)
Shawn M. Wright (D.C. Bar # 458377)
**Blank Rome LLP**
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

125072.00601/35736290v.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHARLES EMOR**<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Criminal No.  1:06-CR-00064-HHK**<br> **Status Conference: July 6, 2006** |

**[Proposed] ORDER**

Upon consideration of the Consent Motion for Continuation of Status Conference, it is hereby ORDERED that the July 6, 2006, Status Conference is cancelled; and it is further

ORDERED that a Status Conference is scheduled for July 13, 2006 at __:__ am/pm in Courtroom _____.

So Ordered,

_____
U.S. District Court Judge

Copies to:

AUSA Roy Austin Jr.
United States Attorney's Office
 For the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

William R. Martin, Esq.
Shawn M. Wright, Esq.
Blank Rome, LLP
600 New Hampshire Ave. NW
Washington, D.C. 20037

125072.00601/35736290v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>) <br>)<br>v. )<br>)<br>)<br>**CHARLES EMOR** )<br>)<br>*Defendants.* )<br>) | **Criminal No. 1:06-CR-00064-HHK**<br>**Status Conference: July 6, 2006** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2006, a true and correct copy of the Consent Motion for Continuation of Status Conference was sent by facsimile and first class mail addressed to Roy Austin, Jr., AUSA, United States Attorney's Office for the District of Columbia, 555 4th Street, N.W., Washington, DC 20530.

         /s/
        William R. Martin (D.C. Bar # 465531)
        Shawn M. Wright (D.C. Bar # 458377)
        **Blank Rome LLP**
        600 New Hampshire Avenue, N.W.
        Washington, DC 20037
        Ph: (202 772-5800
        Fax: (202) 772-5858

125072.00601/35736290v.1