## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Criminal No. 1:06-CR-00064-HHK** |
|  | ) | **Pretrial Conf.: April 7, 2007** |
| v. | ) |  |
|  | ) |  |
| CHARLES EMOR | ) |  |
| *Defendant.* | ) |  |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Charles Emor, through his undersigned counsel, respectfully moves this Court to modify his current conditions of pretrial release.

On March 10, 2006, Mr. Emor was released on his own personal recognizance. Among other conditions, Mr. Emor was required to report to D.C. Pretrial Services weekly by telephone. On June 5, 2006, pursuant to an Order of this Court, Mr. Emor's conditions of release were amended to require weekly reporting in person and to undergo weekly drug testing, based on a positive drug test provided by Mr. Emor at the time of his initial presentment. Mr. Emor provided adequate information to the government and Pretrial Services that the positive drug test was due to codeine prescribed to Mr. Emor by a physician. Additionally, Mr. Emor has completed weekly drug testing since the Court modified his conditions. As the Court can see from the attached Pretrial Services Report (attached hereto as Exhibit A), Mr. Emor has consistently tested negative, and has remained in compliance with all other conditions.

Accordingly, Mr. Emor respectfully moves this Court to further amend his conditions of release to provide that he report by telephone weekly to D.C. Pretrial Services, and that weekly

125072.00601/35737967v.1

drug testing and in person reporting is no longer required. All other conditions of the March 10, 2006 release shall remain the same.

During the status hearing on July 13, 2006, AUSA Roy Austin represented to the Court that he did not oppose this request. Accordingly, in the interest of justice and since there is no objection from the government, Mr. Emor respectfully requests that the Court grant this motion.

Dated: July 14, 2006                           Respectfully Submitted,

                                                  /s/
                                          William R. Martin  (D.C. Bar # 465531)
                                          Shawn M. Wright (D.C. Bar # 458377)
                                          **Blank Rome LLP**
                                          600 New Hampshire Avenue, N.W.
                                          Washington, DC 20037
                                          Ph: (202 772-5800
                                          Fax: (202) 772-5858

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|                                 |   |                                        |
|---------------------------------|---|----------------------------------------|
| UNITED STATES OF AMERICA        | ) |                                        |
|                                 | ) | **Criminal No.  1:06-CR-00064-HHK**    |
|                                 | ) | **Pretrial Conf: April 7, 2007**       |
| v.                              | ) |                                        |
|                                 | ) |                                        |
|                                 | ) |                                        |
| CHARLES EMOR                    | ) |                                        |
|                                 | ) |                                        |
| *Defendant.*                    | ) |                                        |
|                                 | ) |                                        |

### [Proposed] ORDER

Upon consideration of the Unopposed Motion to Modify Conditions of Release, and good cause demonstrated, it is hereby ORDERED that Mr. Emor's conditions of release be modified to require weekly reporting by telephone, and that weekly drug testing and in person reporting is no longer required; and it is further

ORDERED that all other conditions of Mr. Emor's release set forth in the March 10, 2006 Order shall remain the same.

_____
U.S. District Court Judge

Copies to:

AUSA Roy Austin Jr.
United States Attorney's Office
 For the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

William R. Martin, Esq.
Shawn M. Wright, Esq.
Blank Rome, LLP
600 New Hampshire Ave. NW
Washington, D.C. 20037

125072.00601/35737967v.1