## DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

PSA Drug Testing & Compliance
500 Indiana Ave., NW C-220
Washington, DC 20004
Phone: 585-7060 | Fax: 585-7095

## Drug Status Report

Prepared: 7/13/2006 11:09:51AM By: Aaron Smith

To:  Attorney William R. Martin
From: Aaron B. Smith,
RE:  Charles I. Emor

July 13, 2006  11:09 am

PDID#  P 583180

**Docket Number (s)**
CR06-000064-02

**Appearance Date (s)**
07/13/2006

Supervision Period: 3/10/2006 to 7/11/2006

The following information reflects the above-named defendant's substance abuse record.

| DATE | DESCRIPTION | AMP | COC | METH | OPI | PCP | MARI | ALC | CREA |
|---|---|---|---|---|---|---|---|---|---|
| 07/11/2006 | Surveillance | -- | Neg | -- | Neg | Neg | Neg | -- | Norm |
| 06/27/2006 | Surveillance | | | *Unable to Submit Sample* | | | | | |
| 06/20/2006 | Surveillance | -- | Neg | -- | Neg | Neg | Neg | -- | Norm |
| 06/13/2006 | Surveillance | -- | Neg | -- | Neg | Neg | Neg | -- | Norm |
| 06/06/2006 | Placement<br>Defendant was placed in General Supervision- District Court drug testing program in CR06-000064-02 on 6/6/2006. | | | | | | | | |
| 06/06/2006 | Surveillance (remark)<br>Positive identification was made via valid driver's license. | | | | | | | | |
| 06/06/2006 | Placement | -- | Neg | -- | Neg | Neg | Neg | -- | Norm |
| 03/10/2006 | Lock Up | -- | Neg | -- | POS | Neg | -- | -- | Norm |

Defense Attorney: Billy L Ponds

Phone Number:

*For further compliance information, please call .*

*This information is intended for use by the Court and the attorneys, and not for inclusion in the court jacket.*

Prepared: 7/13/06 11:09:39 am By: