**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                    **v.**<br><br>**CHARLES EMOR,**<br><br>                        **Defendants.** | **Criminal 06-064** |

**O R D E R**

Upon consideration of the unopposed motion to modify conditions of release, and good cause demonstrated, it is hereby **ORDERED** that Mr. Emor's conditions of release be modified to require weekly reporting by telephone, and that weekly drug testing and in-person reporting is no longer required; and it is further

**ORDERED** that all other conditions of Mr. Emor's release set forth in the March 10, 2006, order shall remain the same.

Henry H. Kennedy, Jr.
United States District Judge