UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:06-CR-00064-HHK |
| v.  ) | Pretrial Conf.: April 7, 2007 |
| ) | |
| CHARLES EMOR ) | |
| ) | |
| *Defendant.* ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Defendant Charles Emor, through his undersigned counsel, respectfully moves this Court to continue his trial to a date on or after June 11, 2007. In making this request, Defendant waives any potential appeal based on the Speedy Trial Act from the date of the originally scheduled trial on April 9, 2007 to and including the newly requested trial date.

At the status conference held on July 13, 2006, this Court, upon review of its schedule and counsels' schedules, set a date of April 9, 2007, for the jury trial in the above-captioned matter to commence.

At that conference, undersigned counsel indicated its involvement in the *State of New Jersey v. Jayson Williams* re-trial, which is expected to last between 60-90 days. That trial involves homicide charges in which a jury was unable to reach a unanimous verdict. Following a mistrial, that case was appealed to the New Jersey Supreme Court. Following the appeal, the re-trial was set for January 8, 2007, with an expected 60-90 day trial. Nevertheless, on July 28, 2006, undersigned counsel received a call from the trial judge in the *Williams* matter advising that the *Williams* trial had been continued to March 2007. That trial is expected to last until late May or early June 2007.

125072.00601/35740728v.1

Accordingly, undersigned counsel will be unavailable for trial on April 9, 2007, and Mr. Emor respectfully requests a continuance of his trial to a date on or after June 11, 2007.

The government has indicated that it does not oppose this motion.

Dated: August 1, 2006

Respectfully Submitted,

_____/s/_____
William R. Martin (D.C. Bar # 465531)
Shawn M. Wright (D.C. Bar # 458377)
**Blank Rome LLP**
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>CHARLES EMOR )<br>)<br>*Defendant.* )<br>) | Criminal No. 1:06-CR-00064-HHK<br>Pretrial Conf: April 7, 2007 |

### [Proposed] ORDER

Upon consideration of the Unopposed Motion to Continue Trial Date, and good cause demonstrated, it is hereby ORDERED that the trial in the above-captioned matter be continued to June ___, 2007 at 10:00AM in Courtroom 27A. Through this Motion Defendant Emor has waived any appeal pursuant to the Speedy Trial Act from the date of the originally scheduled trial on April 9, 2007, to an including the newly requested trial date.

_____
U.S. District Court Judge

125072.00601/35740728v.1