UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Cr. No. 06-064 (HHK) |
| v.  : | |
| : | Pretrial Conference: April 7, 2007 |
| **CHARLES EMOR,** : | |
| Defendant. : | |

**GOVERNMENT'S ADDENDUM TO**
**DEFENSE'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

  The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits this Addendum to Defense's Unopposed Motion to Continue Trial Date.  While the government does not dispute the trial conflict noted by defense counsel in his motion, the government is concerned that the delay to this rather straightforward case is becoming too great.  The government respectfully reiterates its requests that the Court attempt to find dates either with the Court or with another court before defense counsel starts his homicide trial.

  As the Court knows, Mr. Emor was arraigned on March 10, 2006.  The government provided the defendant with complete Rule 16 discovery on approximately April 21, 2006.  Three other defendants cannot be sentenced until Mr. Emor is tried.  The events at issue in this case occurred between May 2001 and May 2002.  Both sides agreed that this trial should not last more than five court days.  The government is available to try this case anytime other than the week of September 18, 2006.

WHEREFORE, the United States respectfully requests that the Court consider dates prior to June 11, 2007 for the trial in the above-captioned matter.

                    Respectfully submitted,

                    KENNETH L. WAINSTEIN
                    UNITED STATES ATTORNEY

By:_____
    ROY L. AUSTIN, JR.
    Assistant United States Attorney
    Fraud and Public Corruption Section
    CA Bar #211491
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 353-9458

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was faxed and e-mailed to the attorneys for the defendant, William R. Martin and Shawn M. Wright, Blank Rome LLP, 600 New Hampshire Avenue, N.W., Washington, D.C. 20037, this 2nd day of August, 2006.

_____
Roy L. Austin, Jr.
Assistant United States Attorney