UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES EMOR,<br><br>Defendant. | Criminal 06-064 |

**O R D E R**

Before the court is the motion of defendant to continue the trial date for this case. Upon consideration of the motion, the government's response thereto, and the record of this case, it is this 6th day of August, 2006, hereby,

**ORDERED** that the motion is **DENIED** because Judge James Robertson will try this case in November 2006, a time when each counsel indicated that he is available.[1]

                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge

---

[1] Counsel will soon be informed of a status hearing that will be set by Judge Robertson.