UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.       )<br>)<br>)<br>CHARLES EMOR       )<br>)<br>*Defendant.*       )<br>) | Criminal No. 1:06-CR-00064-JR<br>Pretrial Conf.: August 23, 2006 |

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Defendant Charles Emor, through his undersigned counsel, respectfully moves this Court to continue the status conference currently scheduled for 3:15 p.m. on August 23, 2006.

This case was set for trial on April 9, 2007 before Judge Kennedy. Following a consent motion by the parties, and subsequent addendum filed by the government, requesting a new trial date, this matter was transferred to this Court with trial set for November 2006.

On August 9, 2006, counsel received notice that a status conference was set for 3:15 p.m., on August 23, 2006. Undersigned counsel will be out of the city and unavailable on that date. Because it is expected that a trial date will be set at the status conference, undersigned counsel wants to be present at the conference. Counsel has consulted with AUSA Roy Austin who has indicated he will not oppose a motion to continue the status conference from August 23, 2006 to September 7, 2006. All counsel is available for a conference that day.

Accordingly, undersigned counsel and the government will be available for a status conference on September 9, 2006, and Mr. Emor respectfully requests a continuance of his status conference to that date.

125072.00601/35742164v.1

Dated: August 9, 2006                    Respectfully Submitted,

                                         _____/s/_____
                                         William R. Martin  (D.C. Bar # 465531)
                                         Shawn M. Wright (D.C. Bar # 458377)
                                         **Blank Rome LLP**
                                         600 New Hampshire Avenue, N.W.
                                         Washington, DC 20037
                                         Ph: (202 772-5800
                                         Fax: (202) 772-5858

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES EMOR )<br>)<br>*Defendant.* ) | Criminal No. 1:06-CR-00064-JR<br>Pretrial Conf: August 23, 2006 |

**[Proposed] ORDER**

Upon consideration of the Unopposed Motion to Continue Status Conference, and good cause demonstrated, it is hereby ORDERED that the status conference in the above-captioned matter be continued to September 9, 2006 at __:__ a.m./p.m.

_____
U.S. District Court Judge
