# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br> )<br>       v.                                                  )<br> )<br>**CHARLES EMOR**                        )<br> )<br>       *Defendant.*                        )<br> ) | Criminal No.  1:06-CR-00064-JR<br>Trial:  November 28, 2006 |

## DEFENDANT CHARLES EMOR'S MOTION FOR
## GOVERNMENT'S NOTICE OF 404(b) EVIDENCE

Defendant Charles Emor, through his undersigned counsel, hereby moves this Court to Order the Government to provide notice of any evidence of other crimes, wrongs or acts it intends to introduce at trial pursuant to Federal Rule of Evidence 404(b).

Rule 404(b) provides that the prosecution, upon the request of the accused, shall provide reasonable notice in advance of trial" of any evidence of crimes, wrongs or acts it intends to introduce at trial.  Fed. R. Evid. 404(b).  Trial is set to begin in 60 days and, therefore, it is reasonable for the Defendant to request all 404(b) evidence to ensure adequate time to prepare for trial and to challenge any such evidence, if necessary.  Thus, in compliance with Rule 404(b), Defendant hereby requests that the Court order the Government to provide notice of all 404(b) evidence it will seek to introduce at trial.

Dated:  September 28, 2006                Respectfully Submitted,


         /s/
William R. Martin  (D.C. Bar # 465531)
Shawn M. Wright (D.C. Bar # 458377)
Kerry Brainard Verdi (D.C. Bar #478486)
**Blank Rome LLP**
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) **Criminal No. 1:06-CR-00064-JR** <br> ) **Trial Date: November 28, 2006** |
| **v.** | ) <br> ) <br> ) |
| **CHARLES EMOR** | ) <br> ) |
| *Defendant.* | ) <br> ) |

## [Proposed] ORDER

Upon consideration of Defendant's Motion for Government's Notice of 404(b) Evidence, and good cause demonstrated, it is hereby ORDERED that the Government must provide notice of any 404(b) evidence it plans to introduce at trial within 10 days of this Order.

                                                                                                  _____
                                                                                                  U.S. District Court Judge

.