### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Cr. No. 06-64  (JR)** |
| **v.** | : | |
| | : | |
| | : | **Trial: December 18, 2006** |
| **CHARLES EMOR** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

### GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court give the instructions set forth below.

**1.      Accomplice Testimony / Plea Agreement**

Accomplices in the commission of a crime are competent witnesses and the government has a right to use them as witnesses.  An accomplice is anyone who knowingly and voluntarily cooperates with, aids, assists, advises, or encourages another person in the commission of a crime, regardless of his/her degree of participation.

The testimony of an alleged accomplice should be received with caution and scrutinized with care.  You should give it such weight as in your judgment it is fairly entitled to receive.  If the testimony of an alleged accomplice is not supported by other evidence, you may convict a defendant

upon that testimony only if you believe that it proves the guilt of the defendant beyond a reasonable doubt.[1]

In this case, the government called as witnesses alleged accomplices with whom the government has entered into plea agreements providing for the possibility of lesser sentences for substantially assisting the government.  Such plea bargaining, as it is called, has been approved as lawful and proper, and is expressly provided for in the rules of this court.[2]

**2. "Stolen" - Defined**

The word "stolen" means acquired or possessed as a result of some wrongful or dishonest act or taking whereby a person knowingly obtains or retains possession of property which belongs to another without or beyond any permission given and with the intent to deprive the owner of the benefit of ownership or possession.[3]

**3.  Conspiracy to Commit Mail Fraud**

The defendant is charged with conspiring to commit mail fraud.  It is against the law to agree with someone to commit the crime of mail fraud.

The statute defining mail fraud provides, in part, that:

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, . . . and

---

[1] Bergman, Criminal Jury Instructions for the District of Columbia (4th ed. 2004), Section 2.22.

[2] See O'Malley, Grenig & Lee, Federal Jury Practice and Instructions (5th ed. 2000), Section 15.04, quoting Pattern Jury Instructions of the District Judges Association of the Fifth Circuit, Criminal Cases, Instruction No. 1.15 (1997).

[3] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions (5th ed. 2000), Section 16.04.

for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service or takes or receives therefrom . . . or knowingly causes to be delivered by mail according to the direction thereon . . . . shall be guilty of an offense against the United States.[4]

In order to sustain its burden of proof for the crime of using the mails to further a scheme or plan to defraud or a scheme or plan to obtain money or property by means of false or fraudulent pretenses, representations, or promises, the government must prove the following four (4) essential elements beyond a reasonable doubt:

One:  The defendant knowingly devised or knowingly participated in a scheme or artifice to defraud or knowingly devised or knowingly participated in a scheme or artifice to obtain money or property by means of false or fraudulent pretenses, representations, or promises as detailed in the indictment;

Two:  the scheme or artifice to defraud or pretenses, representations, or promises were material, that is it would reasonably influence a person to part with money or property;

Three: The defendant did so with the intent to defraud; and

Four: In advancing, or furthering, or carrying out this scheme to defraud or scheme to obtain money or property by means of false or fraudulent pretenses, representations, or promises, the defendant used the mails or caused the mails to be used.[5]

---

[4] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions (5th ed. 2000), Section 47.02.

[5] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions (5th ed. 2000), Section 47.03.

The government is not required to prove that the objective was achieved. To find the defendant guilty of the crime of conspiracy, you must be convinced that the government has proved each of the following three elements, beyond a reasonable doubt:

First, that between December 2000 and May 2002 an agreement existed between two or more people, to commit the crime of mail fraud. This does not have to be a formal agreement or plan, in which everyone involved sat down together and worked out the details. On the other hand, merely because people get together and talk about common interests, or do similar things does not necessarily show that an agreement exists to commit mail fraud. It is enough that the government proves beyond a reasonable doubt that there was a common understanding among those who were involved to commit the crime of mail fraud. So, the first thing that must be shown is the existence of an agreement.

Second, the government must prove that the defendant intentionally joined in that agreement. It is not necessary to find he agreed to all the details of the crime, or that he knew the identity of all the other people the government has claimed were participating in the agreement. A person may become a member of a conspiracy even if that person agrees to play only a minor part, as long as that person understands the unlawful nature of the plan and voluntarily and intentionally joins in it with the intent to advance or further the unlawful object of the conspiracy. Even if the defendant was not part of the agreement at the very start, he can become a member of a conspiracy later if the government proves that he intentionally joined the agreement. Different people may become part of the conspiracy at different times.

But mere presence at the scene of the agreement or of the crime, or merely being with the other participants, does not show that the defendant knowingly joined in the agreement. Also,

unknowingly acting in a way that helps the participants, or merely knowing about the agreement itself, without more, does not make the defendant part of the conspiracy. So the second thing that must be shown is that the defendant was part of the conspiracy.

Third, the government must show that one of the people involved in the conspiracy did something for the purpose of carrying out the conspiracy. This something is referred to as an overt act. The government must show that one of the people involved in the conspiracy did one of the overt acts in order to carry out the conspiracy. The charged overt acts are described in the indictment. The government need not prove that all of these overt acts were taken, but in order to find the defendant guilty, you must all agree on at least one overt act that was done.

A conspiracy can be proved indirectly, by facts and circumstances that lead to a conclusion that a conspiracy existed. But it is up to the government to prove that such facts and circumstances existed and lead to that conclusion in this particular case.

In deciding whether an agreement existed, you may consider the acts and statements of all the alleged participants. In deciding whether the defendant became a member of that conspiracy, you may consider only the acts and statements of that particular defendant.

In summary, a conspiracy is a kind of partnership in crime. For any defendant to be convicted of the crime of conspiracy, the government must prove three things beyond a reasonable doubt: first, that during the charged period there was an agreement to commit mail fraud; second, that the defendant intentionally joined in that agreement; and third, that one of the people involved in the conspiracy did one of the overt acts charged.[6]

---

[6] Bergman, Criminal Jury Instructions for the District of Columbia (4th ed. 2004), Section 4.93.

The use of the United States mails is an essential element of the offense of conspiracy to commit mail fraud.

The government is not required to prove that the defendant actually mailed anything or that the defendant even intended that the mails would be used to further, or to advance, or to carry out the scheme or plan to defraud or scheme or plan to obtain money or property by false or fraudulent pretenses, representations, or promises.

The government must prove beyond a reasonable doubt, however, that the mails were, in fact, used in some manner to further, or to advance, or to carry out the scheme to defraud or scheme to obtain money or property by false or fraudulent pretenses, representations, or promises. The government must also prove that the use of the mails would follow in the ordinary course of business or events or that the use of the mails by someone was reasonably foreseeable.

It is not necessary for the government to prove that the item itself mailed was false or fraudulent or contained any false or fraudulent statement, representation, or promise, or contained any request for money or thing of value.

The government must prove beyond a reasonable doubt, however, that the use of the mails furthered, or advanced, or carried out, in some way, the scheme or plan to defraud or scheme or plan to obtain money or property by means of false or fraudulent pretenses, representations or promises.[7]

---

[7] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions (5th ed. 2000), Section 47.04.

You may take judicial notice that the United Parcel Service also known as UPS is an authorized depository for mail matter.[8]

<div style="margin-left:45%">

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

</div>

By:    _____

<div style="margin-left:45%">

ROY L. AUSTIN, JR.
Assistant United States Attorney
Fraud and Public Corruption Section
CA Bar #211491
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-9458

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was faxed and e-mailed to the attorneys for the defendant, William R. Martin, Shawn M. Wright and Kerry Brainard Verdi, Blank Rome LLP, 600 New Hampshire Avenue, N.W., Washington, D.C.  20037, this \_\_\_\_ day of December, 2006.

_____
Assistant United States Attorney

---

[8] Requested sentence to prevent juror confusion.