UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Cr. No. 06-64 (JR) |
| v. | : | |
| | : | |
| | : | Trial: December 18, 2006 |
| **CHARLES EMOR** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

**GOVERNMENT'S PROPOSED ADDITIONAL VOIR DIRE QUESTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Court ask prospective jurors the following questions in addition to the Court's normal voir dire questions:

1.  Mr. Charles Emor is charged with the federal crime of conspiracy to commit mail fraud. This charge is alleged to relate to Mr. Emor's activities buying stolen computers for his personal financial benefit. The charge alleges that Mr. Emor knowingly purchased approximately seventy computers that had been redirected to Mr. Emor and friends of Mr. Emor by employees of the Gateway Manufacturing Plant in Hampton, Virginia. Mr. Emor is the founder and director of a private school for learning and emotionally

disabled youths called the Sunrise Academy which is principally located at 1130 6th Street, NW, Washington, DC. He denies the allegations and contends that he did not know that the computers were stolen.

2. Does any member of the panel know anything about this case? If yes, explain.

3. The Assistant U.S. Attorney in this case is Roy L. Austin, Jr.. Do any of you know Mr. Austin or have you ever served on a jury or a grand jury in a case in which he was the government's lawyer?

4. The defendant in this case is Charles Emor who lives in Hyattsville, MD. Mr. Emor is represented by his attorneys, William R. Martin, Shawn M. Wright and Kerry B. Verdi who work at the law firm Blank Rome LLP. Does anyone know or recognize Mr. Emor or his counsel?

5. The following persons may be witnesses in this case or their activities may be the subject of testimony by others in this case: [Please refer to Government's and Defendant's Lists of Proposed Witnesses].

   a. Does anyone recognize any of these potential witnesses? If yes, explain how.

6. Members of the United States Postal Inspection Service, the D.C. Metropolitan Police Department, the Prince Georges County Police Department, the Hampton Virginia Police Division, the United States Secret Service and the D.C. Office of Tax and Revenue may be called as witnesses.

   a. Have you or any close relatives ever worked for any of these law enforcement agencies or a U.S. Attorney's Office?

      b.      Have you or any close relatives ever had any particularly good or particularly bad dealings with members of any of these agencies.

      c.      Would any of you be inclined to give either greater or lesser weight to the testimony of individuals from these agencies simply because he or she is a law enforcement official affiliated with these agencies?

7.    Has any member of the panel or a close family member ever cared for or regularly worked with learning or emotionally disabled children?

8.    Has any member of the panel ever studied or worked in the fields of bookkeeping or accounting?

9.    Has any member of the panel ever done financial work for a non-profit?

10.    Has any member of the panel ever done financial work for a school?

11.    Do you now or have you ever owned a home computer?

12.    Have any members of the panel, or any close relatives, either studied law or received legal training?

13.    Have any members of the panel, or any of your close relatives, ever worked for a lawyer or a law firm in any capacity, including for example as a legal assistant or investigator?

      a.      If so, what areas of law have you or they practiced, studied, or received training in?

      b.      Would this experience affect your ability to follow the judge's instructions of law?

14.    Have any members of the panel ever served on a petite jury before? If so, when, what type of case, and did the jurors reach a verdict? Was there anything about your prior jury experience that would lead you to feel more favorable to one side or the other in this case?

15. Have any members of the panel ever served on a grand jury before? If so, when, what types of cases? Was there anything about your prior grand jury experience that would lead you to feel more favorable to one side or the other in this case?

16. This case will involve the use of a number of business records. Is there any member of the panel who believes that they might have difficulty understanding or concentrating on this type of evidence?

17. There are two types of evidence, direct evidence and circumstantial evidence. The law makes no distinction between the weight you should give either kind of evidence, nor does circumstantial evidence require a greater degree of certainty than direct evidence. Is there any member of jury panel that has any difficulty understanding and applying this rule?

18. Has any member of the panel, or a close friend or relative, been a witness to a crime, a victim of a crime, or accused of or charged with a crime?

    a. Has any member of the panel, or a close friend or relative, ever been the victim of or accused of or charged with a crime such as the one alleged here?

    b. Has any member of the panel, or any of your close friends or relatives, ever been accused of or disciplined for theft or dishonesty related to their job? If so, explain.

19. I expect that this case will take approximately three days to try. Does anyone have any pressing commitment that would make sitting on this jury an extreme hardship? Does anyone have any type of medical problem that would make sitting on this jury an extreme hardship?

20. Does any member of the panel have any moral, religious, or other beliefs that would make it difficult for you to pass judgment on another human being in this case?

21. Is there any member of the panel who, for any reason, believes that they could not participate in jury deliberations and render a fair and impartial verdict in this case?

WHEREFORE, the United States respectfully requests that the Court ask prospective jurors the above listed question.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

By: _____
     ROY L. AUSTIN, JR.
     Assistant United States Attorney
     Fraud and Public Corruption Section
     CA Bar #211491
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     (202) 353-9458

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was faxed to the attorneys for the defendant, William R. Martin, Shawn M. Wright and Kerry Brainard Verdi, Blank Rome LLP, 600 New Hampshire Avenue, N.W., Washington, D.C. 20037, this \_\_\_\_ day of December, 2006.

                              _____
                              Assistant United States Attorney