**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:06-CR-00064-JR |
| ) | Trial: December 18, 2006 |
| v.  ) | |
| ) | |
| CHARLES EMOR ) | |
| ) | |
| *Defendant.* ) | |

## DEFENDANT CHARLES EMOR'S MOTION *IN LIMINE* TO LIMIT GOVERNMENT'S OPENING STATEMENT

Defendant Charles Emor, through his undersigned counsel, hereby moves this Court for an Order precluding the Government from referring to the alleged number of Gateway computers used at Sunrise Academy.

At this time the Government has produced discovery and made a partial *Jencks* production. There is no evidence regarding the number of Gateway computers used at Sunrise Academy. The defense, however, has a good faith basis to believe that the Government intends to argue that no computers, or a minimal number of computers, were actually used at Sunrise Academy. Despite requests from the defense, no evidence has been produced regarding the receipt of the Gateway computers by anyone. Therefore, based on the evidence produced, the Government has no basis for this argument and, such evidence would not constitute *Jencks* material, thus it is likely that the Government does not have evidence to support this claim.

Based on the foregoing, Mr. Emor respectfully moves this Court to preclude such an argument from being made by the Government in its opening statement.

Dated:  December 17, 2006  Respectfully Submitted,

      /s/
William R. Martin  (D.C. Bar # 465531)
Shawn M. Wright (D.C. Bar # 458377)
Kerry Brainard Verdi (D.C. Bar #478486)
**Blank Rome LLP**
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | **Criminal No. 1:06-CR-00064-JR** |
| **v.** | ) ) | **Trial Date: December 18, 2006** |
|  | ) ) |  |
| **CHARLES EMOR** | ) ) |  |
| *Defendant.* | ) ) |  |

## [Proposed] ORDER

Upon consideration of Defendant's Motion to Limit the Government's Opening Statement, and good cause demonstrated, it is hereby ORDERED that the Government may not refer to the number of Gateway computers at Sunrise Academy during its opening statement.

_____
U.S. District Court Judge

.

## CERTIFICATE OF SERVICE

I certify that on this 17th day of December, 2006, I caused a copy of Defendant's Motion to Limit Government's Opening Statement to be served by facsimile upon Assistant United States Attorney Roy Austin, United States Attorney's Office, 555 4th Street, NW, Washington, DC 20530.

_____
Kerry Brainard Verdi