**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br><br>) | **Criminal No.  1:06-CR-00064-JR** |
| ) | **Trial:  December 18, 2006** |
| **v.** ) | |
| ) | |
| ) | |
| **CHARLES EMOR** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**DEFENDANT CHARLES EMOR'S MOTION FOR USE OF**
**ELECTRONICS IN THE COURTROOM**

The Defendant, through his undersigned counsel, hereby moves this Court for an Order

allowing his attorneys to bring a laptop computer into the Court for use during presentation of

evidence, and to also allow counsel to bring cellular telephones and blackberries into Court each

day.  The phones and blackberries will be powered off while Court in is session.


Dated:  December 18, 2006                    Respectfully Submitted,


                                             /s/ WILLIAM R. MARTIN_____
                                             William R. Martin  (D.C. Bar # 465531)
                                             Shawn M. Wright (D.C. Bar # 458377)
                                             Kerry Brainard Verdi (D.C. Bar #478486)
                                             **Blank Rome LLP**
                                             600 New Hampshire Avenue, N.W.
                                             Washington, DC 20037
                                             Ph: (202 772-5800
                                             Fax: (202) 772-5858