UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHARLES EMOR )<br>*Defendant.* ) | Criminal No. 1:06-CR-00064-JR<br>Trial Date: December 18, 2006 |

**[Proposed] ORDER**

Upon consideration of Defendant's Motion for Use of Electronics in the Courtroom, and good cause demonstrated, it is hereby ORDERED that the defense may bring a laptop computer, cellular telephones and blackberries into the Courtroom.

_____
U.S. District Court Judge