UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 06-64 (JR) |
| v. : | |
| : | Trial: December 18, 2006 |
| CHARLES EMOR : | |
| Defendant. : | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides its Exhibit List attached to this cover sheet:

| EX. # | EXHIBIT NAME | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | MAP - Shipment Addresses (Property Map) | | |
| 2 | CHART - Shipments to Defendant (Emor Ships) | | |
| 3 | CHART - Defendant's Checking Account | | |
| 4 | CHART - Defendant/Ralph Phone Calls | | |
| 5 | DIAGRAM - Conspirator Tree (Nexus of Suspects) | | |
| 6 | Defendant's Bank Records - Full | | |
| 7 | CHECK - 12/12/2000 - Emor to Ralph - $1,800 | | |
| 8 | CHECK - 5/11/2001 - Unisoft (Ozoemena) to Emor - $1,000 | | |
| 9 | CHECK - 06/18/2001 - Emor to Ralph - $1,100 | | |
| 10 | CHECK - 8/6/2001 - Unisoft (Ozemena) to Emor - $2,450 | | |
| 11 | CHECK - 10/24/2001 - Unisoft (Ozemena) to Emor - $2,400 | | |
| 12 | CHECK - 10/31/2001 - Emor to Ralph - $1,800 | | |
| 13 | CHECK - 11/7/2001 - Emor to Ralph - $900 | | |
| 14 | CHECK - 11/8/2001 - Unisoft (Ozemena) to Emor - $1,600 | | |
| 15 | CHECK - 11/29/2001 - Emor to Ralph - $1,700 | | |
| 16 | CHECK - 12/12/2001 - Edwards to Emor - $555 | | |
| 17 | CHECK - 12/13/2001 - Emor to Ralph - $1,350 | | |
| 18 | CHECK - 2/20/2002 - Emor to Ralph - $1,450 | | |
| 19 | CHECK - 3/2/2002 - Gabr to Emor - $2,225 | | |
| 20 | CHECK - 4/3/2002 - Gabr to Emor - $1450 | | |
| 21 | CHECK - 6/2/2002 - Gabr to Emor - $1350 | | |
| 22 | Defendant's Cash Chart | | |
| 23 | PHOTO - 1130 6th Street, NW, Washington, DC | | |
| 24 | PHOTO - 1129 6th Street, NW, Washington, DC | | |
| 25 | PHOTO - 1128 6th Street, NW, Washington, DC | | |
| 26 | PHOTO - 1761 S Street, NW, Washington, DC | | |
| 27 | PHOTO - 3450 Toledo Terrace, Hyattsville, MD | | |
| 28 | PHOTO - 25 Chisholm Landing Court, North Potomac, MD | | |
| 29 | PHOTO - 6700 Belcrest Road, Hyattsville, MD (Edwards) | | |
| 30 | PHOTO - 2103 Lewisdale Drive, Hyattsville, MD | | |
| 31 | PHOTO - 3600 East West Highway, Hyattsville, MD | | |
| 32 | PHOTO - 5009 40th Place, Hyattsville, MD | | |
| 33 | PHOTO - 440 N. Summit Avenue, Gaithersburg, MD | | |
| 34 | PHOTO - 13100 Tall Shadow Lane, Fairfax, MD | | |
| 35 | PHOTO - 1606 5th Street, NW, Washington, DC | | |
| 36 | Rental Agreement - 6700 Belcrest Road | | |
| 37 | CHART - Computers Shipped 4/02 - 5/02 | | |
| 38 | UPS Shipping Information | | |
| 39 | CHART - Missing Computers w/ Serial #s & Value | | |
| 40 | Sunrise Academy Form 990 - 2001 | | |
| 41 | PHOTO - Computer Box found at Jalloh's | | |
| 42 | PHOTO - Computer Box found at Jalloh's - Label | | |
| 43 | CHECKS - Marshall / Ralph | | |
| 44 | Ralph Cash Deposits | | |
| 45 | PLEA DEAL - Dwayne Simmons | | |
| 46 | PLEA DEAL - Michael Ralph | | |
| 47 | PLEA DEAL - Orlando Marshall | | |

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
ROY L. AUSTIN, JR.
Assistant United States Attorney
Fraud and Public Corruption Section
CA Bar #211491
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-9458

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this pleading was faxed and e-mailed to the attorneys for the defendant, William R. Martin, Shawn M. Wright and Kerry Brainard Verdi, Blank Rome LLP, 600 New Hampshire Avenue, N.W., Washington, D.C. 20037, this 18th day of December, 2006.

_____
Assistant United States Attorney