**FILED**

**DEC 21 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              :
                                       :
        v.                             :   Crim. Action No. 06-0064 (JR)
                                       :
CHARLES EMOR,                          :
                                       :
        Defendant.                     :

## VERDICT FORM

**COUNT 1 - CONSPIRACY:**

As to count 1 of the indictment, charging defendant Charles Emor with conspiracy, we, the members of the jury, do hereby find the defendant Charles Emor:

____X____GUILTY                    _____NOT GUILTY


_____
FOREPERSON/JUROR NO. 6

__12/21/06_____
DATE