NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number 06-0064 (JR)

Charles Emor
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

David Schertler; (DC Bar #367203)
*(Attorney & Bar ID Number)*

Schertler & Onorato, LLP
*(Firm Name)*

601 Pennsylvania Avenue, NW, North Building, 9th Floor
*(Street Address)*

Washington, DC 20004
*(City)*          *(State)*          *(Zip)*

(202) 628-4199
*(Telephone Number)*