NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number 06-0064 (JR)

Charles Emor
(Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA    ■ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Danny Onorato; (DC Bar #480043)
(Attorney & Bar ID Number)

Schertler & Onorato, LLP
(Firm Name)

601 Pennsylvania Avenue, NW, North Building, 9th Floor
(Street Address)

Washington, DC 20004
(City)    (State)    (Zip)

(202) 628-4199
(Telephone Number)