# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. Action No. 06-0064 (JR)** |
| | ) | |
| **CHARLES EMOR,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## UNOPPOSED MOTION FOR LEAVE TO EXTEND
## TIME IN WHICH TO FILE MOTION FOR NEW TRIAL

COMES NOW the Defendant, Charles Emor, by his undersigned counsel, and hereby moves the Court for an extension of forty-five (45) days in which to file his motion for new trial. This motion is based upon F.R.Crim.P. 33(b)(2), 45 and 47. Grounds for this motion are that Defendant was convicted in this case of one count of conspiracy on December 21, 2006; that he was represented by different counsel at trial; and that the undersigned has not had sufficient time to obtain and analyze the trial transcript in order to ascertain whether there are grounds to support a new trial motion. This motion is timely pursuant to F.R.Crim.P. 45.

Pursuant to *United States v. Hall,* 214 F.3d 175, 178 (D.C. Cir. 2000) (per F.R.Crim.P 33, a "court can only extend the time in which to grant a motion for a new trial if a court fixes such a time within 7 days of the verdict or finding of guilty"), Defendant respectfully requests that the Court grant this motion on or before Thursday, January 4, 2007.

The undersigned certifies that he spoke with Assistant United States Attorney Roy L. Austin, Jr., by telephone on January 2, 2007, and that Mr. Austin authorized the undersigned to state that the government does not oppose this motion.

WHEREFORE, Defendant respectfully requests that the Court grant him a forty-five (45) day extension in which to file a motion for new trial, that is, until on or before Tuesday, February 20, 2007; and that this motion be granted on or before Thursday, January 4, 2007, pursuant to the jurisdictional rule articulated in *Hall, supra*.

Respectfully submitted,

SCHERTLER & ONORATO, LLP


_____/s/_____

David Schertler (D.C. Bar No. 367203)
Danny Onorato (D.C. Bar No. 480043)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Tel. (202) 628-4199
Fax: (202) 628-4177

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served electronically this 2nd day of January, 2007 upon Assistant United States Attorney Roy L. Austin, Jr., Esq., counsel for the government.

_____/s/_____
Danny Onorato