## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. Action No. 06-0064 (JR) |
| ) | |
| **CHARLES EMOR,** ) | |
| ) | |
| **Defendant** ) | |

## **(PROPOSED) ORDER**

BASED UPON the Defendant's timely filed Unopposed Motion for Leave to Extend Time in Which to File Motion for New Trial ("Motion"), and the government's non-opposition thereto,

IT IS HEREBY ORDERED THAT that Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED THAT any Motion for New Trial be filed on or before February 20, 2007.

Dated this _____ day of January, 2007.

_____
JAMES ROBERTSON, JUDGE
UNITED STATES DISTRICT COURT

cc: Roy L. Austin, Jr., Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530

David Schertler, Esq.
Danny Onorato, Esq.
SCHERTLER & ONORATO
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC  20004