1                    P R O C E E D I N G S
2    Whereupon,
3                        MARYDITH NEWMAN
4    was called as a witness and, after first being duly sworn by
5    the Foreperson of the Grand Jury, was examined and testified
6    as follows:
7                          EXAMINATION
8           BY MS. CHASSON:
9        Q.   Good morning, Agent Newman.
10       A.   Good morning.
11       Q.   Could you please introduce yourself to the ladies
12   and gentlemen of the grand jury by spelling your first and
13   last names in a very loud clear voice?
14       A.   My name is Marydith Newman. My first name is
15   spelled M-a-r-y-d-i-t-h, and my last name, Newman, is N-e-w-m-
16   a-n.
17       Q.   Agent Newman, where is it that you work?
18       A.   I'm currently employed by the Postal Inspection
19   Service.
20       Q.   And have you previously testified to this grand jury
21   about a conspiracy to divert and steal computers from a
22   Gateway manufacturing and distribution facility in Hampton,
23   Virginia?
24       A.   Yes, I have.
25       Q.   During your previous testimony, I believe that you

1  described the term of that conspiracy of May of 2001 through
2  May of 2002.  Since the date of your last testimony, have you
3  conducted any further investigation that would cause you to
4  expand the dates that the conspiracy was in fact in progress?
5      A.   Yes, I have.  I have done a closer review of Charles
6  Emor's bank records, and it seems that there was a payment to
7  Michael Ralph for computers in December of 2000.
8      Q.   And as a result of that finding, has that changed --
9  has that provided any evidence to you about an earlier date
10 that the conspiracy might have begun?
11     A.   Yes, it has.
12     Q.   And what is that date?
13     A.   That would be December of 2000.
14     Q.   And your previous testimony about the May 1st date
15 was based upon what source of information?
16     A.   That was based on shipping records that we had --
17 that I had from UPS.  This investigation initially started in
18 May of 2002.  UPS only keeps their shipping records for one
19 year so we were only able to pull the shipping records back to
20 May of 2001.
21     Q.   And did you bring a copy of the check that you found
22 that was written in December of 2000 with you?
23     A.   Yes, I did.
24     Q.   And is that the document that is in front of you
25 that has been labeled Grand Jury Exhibit No. 5?