MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NUMBER: | 0656-1512169 MF (2) |
| PERSON INTERVIEWED: | Dwayne Simmons |
| PLACE OF INTERVIEW: | USAO – Washington, DC |
| DATE OF INTERVIEW: | May 18, 2006 |
| TIME OF INTERVIEW: | 11:30 A.M. |
| INTERVIEWED BY: | Postal Inspector Marydith J. Newman and AUSA Roy Austin |

Dwayne Simmons was interviewed in reference to his knowledge of theft of computer systems from Gateway Computers in Hampton, VA. Present during the interview was Simmons attorney Dwight Crowley. Simmons related the following information.

## BACKGROUND

Simmons began working at Gateway as a Shipping Clerk in August 1996. At that time there were approximately 10 shipping clerks. In 1997 or 1998 he became a Senior Shipping Clerk during this time, Gateway spilt its shipping department into a day shift and a night shift. In 2000 Simmons was promoted to Shipping Supervisor for the day shift. By 2002, there were 100 shipping clerks per shift.

Simmons met Michael Ralph (Ralph) in middle school and remained friends. He met Orlando Marshall (Marshall) who he knows as "Pop" through Ralph. Marshall is Ralph's cousin and would hang out with Ralph and Simmons during high school. Simmons has never met Abdul Jalloh or Charles Emor (Emor) but knows of them from Ralph.

## GATEWAY COMPUTER THEFT - 1998

Simmons stated that in 1998, Ralph approached him about stealing Gateway computers. Ralph would provide Simmons with a name and address to ship the computers to. Simmons began diverting Gateway computers to non Gateway customers. Ralph and Simmons were charging $700 a computer. They would split the profit 50/50.

According to Simmons, there was hyphen problem with Gateway's internal shipping controls that allowed him to override the "sold to" and "ship to" information and manually change it. Using Gateway's AS400 shipping system, Simmons would

1



change the address in the "ship to" information, print out a shipping label and ship a computer. After the computer was shipped, he would change the "ship to" information back to the customer's information. There were extra parts on back inventory which were easy to take so when the information was changed back, the legitimate customer would still get their computer.

Sometime during 1998, Simmons became nervous about being caught and stopped shipping stolen computers. Around the same time, the computer glitch was fixed eliminating Simmons ability to override the shipping system controls. Simmons does not believe that he shipped many computers during this time period.

## GATEWAY COMPUTER THEFT - 2000

In 2000, Ralph again approached Simmons about stealing Gateway computers. Ralph had recently lost his job with the Newport News, VA school system. Simmons agreed and brought Adam DeGroat (DeGroat) a Gateway Shipping Analyst into the scheme.

DeGroat knew how to use the Maxiship System, the shipping system used by Gateway. Simmons thought it would be good to use DeGroat because DeGroat worked in the Delivery Refusal area of the plant. No one would question him using the Maxiship system. If a computer came back to Gateway undeliverable, DeGroat could take care of it. Simmons also had access to the Maxiship system however he worked in an area of the plant where would raise suspicion if he used the system.

According to Simmons, he approached DeGroat about diverting computer shipments. Simmons told DeGroat that Demetrius Pierce (Pierce) a shipping supervisor was already doing it. Simmons stated that Pierce was not involved in stealing Gateway computers. He told DeGroat that Pierce was involved to make him believe that other employees were also stealing.

The computers that were shipped were in four boxes. The systems included a monitor, CPU with a keyboard, printer; and software, manuals and speakers. Towards the end of the scheme, Gateway changed the way computer systems were packaged and whole systems were shipped in only two boxes.

## ADDRESSES AND PAYMENTS

Ralph supplied Simmons with the addresses where the computers should be shipped and Simmons would pass those addresses to DeGroat. Simmons stated Ralph gave him the addresses written on paper, over the phone or would email them to Simmons' Gateway email account. According to Simmons, Ralph received a lot of addresses from Charles Emor. Ralph was aware of DeGroat's involvement and referred to him as the "Guru" or "Protégé."

Simmons would receive $400-$500 per computer from Ralph and would give half to DeGroat. DeGroat began to demand more money because he was doing all of the



work in terms of shipping the computers. Simmons does not know how much money Ralph received from the sale of the computers. Simmons also received a stolen computer.

Simmons and DeGroat still speak. Simmons called DeGroat and warned him that there was an ongoing investigation into the computer theft from Gateway. During Christmas time in 2005, Simmons and DeGroat met to discuss the investigation.

**JEFF BARNEY**

Jeff Barney (Barney) another Gateway employee received a computer that DeGroat shipped. Barney gave Simmons 2-3 addresses to ship computers too. Barney warned Simmons that an individual in Tidewater, VA was arrested for having a Gateway computer.


Marydith J. Newman                    May 25, 2006
Postal Inspector                      Date