1   is overruled.  Go ahead.
2   BY MR. AUSTIN:
3   Q.  You said he knew you couldn't take checks.  How did he know
4   that?
5   A.  I informed him that it was strictly cash in the beginning.
6   Q.  And when you would meet Mr. Emor at Kings Dominion, would he
7   come with somebody?
8   A.  No.  He was always alone.
9   Q.  During this first part of the operation, were you dealing
10  with customers other than Mr. Emor?
11  A.  Yes.
12  Q.  During this first phase, how big of a client of yours was
13  Mr. Emor?
14  A.  Mr. Emor was always my biggest client.
15  Q.  Did Mr. Emor ever tell you what he was doing with these
16  computers?
17  A.  Yes.  He was -- yes, he did.
18  Q.  What would he say -- during the first phase, what would he
19  say he was doing with these computers?
20  A.  They would resell.
21  Q.  Now, during this first phase, were you working through
22  Mr. Marshall?
23  A.  In the beginning we were.  Maybe first six or seven orders
24  that he received, we were working strictly through him.
25  Q.  Through?

1   Q.   This first phase, it ran from when till about when?
2   A.   Maybe a year and a half, maybe a year.
3   Q.   So starting what year?
4   A.   '98, and it ran through '99.
5        MR. MARTIN:  Your Honor, I move to strike any and all
6   of the testimony.  That's not part of this conspiracy.  The
7   indictment alleges December of 2000.
8        THE COURT:  Well, I'm not going to strike the
9   testimony, but that's noted.  Go ahead.
10  BY MR. AUSTIN:
11  Q.   And then did it restart?
12  A.   Yes, sir.
13  Q.   I'm sorry, during the period of time that it was broken up,
14  what happened with respect to Mr. Emor?
15  A.   He would periodically call me up and ask me, had anything
16  got going again.  And at the time I said no, because there
17  wasn't anything going on.  And every now and then he would
18  occasionally check with me.  And those were basically our
19  conversations.  And he's, like, man, what are you guys doing
20  down there?  When are you going to get it going again?  At that
21  time I said, we don't have anything to push at this time.
22       And I would always relate the conversation back with
23  Simmons, if he would call me.
24  Q.   So at some point it then restarted.  Is that correct?
25  A.   Yes, sir.