UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  :
                                         :
    v.  :  Crim. Action No. 06-0064 (JR)
                                         :
CHARLES EMOR,  :
                                         :
    Defendant.  :

### ORDER

Defendant's motion for acquittal [42] is **denied**. The Court calls for a response to defendant's motion for mistrial [41]. It is **SO ORDERED**.

                                         _____
                                              JAMES ROBERTSON
                                        United States District Judge