UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CR 06- 005-01 |
| : | |
| ORLANDO MARSHALL, : | FILED |
| : | |
| Defendant. : | JAN 2 6 2006 |
| : | CLERK, U.S. DISTRICT COURT DISTRICT OF COLUMBIA |

## STATEMENT OF OFFENSE

The United States and Orlando Marshall agree that the following facts are true and correct:

Gateway Computers is a publicly held company that manufactures and distributes personal computers and related components. Gateway manufactured and distributed computers and components from a plant in Hampton, Virginia.

In the latter part of 2000, I introduced my cousin, "M.R.," to an acquaintance of mine named C.E. M.R. subsequently told me that he had been selling stolen Gateway computers to C.E.

REDACTED

DEF EXH

EXH #4

REDACTED