UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 06-64 (JR) |
| v. : | |
| : | Trial: December 18, 2006 |
| CHARLES EMOR : | |
| : | Sentencing: March 16, 2007 |
| Defendant. : | |

**GOVERNMENT'S REQUEST FOR LEAVE TO LATE FILE
OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR MISTRIAL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this request for leave to late file its Opposition to Defendant's Renewed Motion for Mistrial. Admittedly, this motion should have been filed on January 23, 2007 when the government filed its opposition.

The government filed its opposition one day late because it was under the impression that it could obtain a copy of the trial transcript on Monday, January 22, 2007 or, at the latest, Tuesday, January 23, 2007 and would be able to quote directly from the transcript in its opposition instead of relying on its notes. When the government learned on January 23 that due to confusion regarding payment, that it would not have the transcript on January 23, the government filed the opposition and neglected to request leave to do so.

The area of particular concern to the government was what exactly the defendant said during his opening statement regarding when the defendant entered the conspiracy. Consistent with the government's notes, the defendant opened with the following:

> <u>Sometime around 1999</u>, Mr. Emor bumps into Mr. Marshall. . . . So there's casual conversation going back and forth. And the evidence will tell you that Mr. Marshall says, how is the school going, what's going on with the school? Hey, if you need any computers, I have a cousin who works at Gateway who can get you a good discount. Mr. Marshall says, I have a cousin who works at Gateway who can get you a good discount.
> Mr. Emor replies, great. Have him give me a call. The evidence will show you nowhere do you hear Mr. Marshall telling Mr. Emor that I've got a cousin who is going to steal some computers, do you want them. You won't hear that. It didn't happen.
> <u>So a couple weeks later</u>, Mr. Ralph calls up Mr. Marshall – I mean Mr. Emor. I apologize. And the evidence will show you that Mr. Ralph says [I can get you computers at a good discount]. (Exhibit #1 - Trial Transcript at 112:20-113:20, emphasis added)

As the late-filing by one-day resulted in no prejudice to the defendant, the government respectfully requests that the Court exercise its discretion and grant the government's request for leave to late file its opposition to defendant's renewed motion for mistrial.

                         Respectfully submitted,

                         JEFFREY A. TAYLOR
                         UNITED STATES ATTORNEY

By:_____
    ROY L. AUSTIN, JR.
    Assistant United States Attorney, CA Bar #211491
    555 Fourth Street, N.W.
    Washington, D.C. 20530

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of this pleading was sent electronically to the attorneys for the defendant, William R. Martin, Shawn M. Wright and Kerry Brainard Verdi, Blank Rome LLP, 600 New Hampshire Avenue, N.W., Washington, D.C. 20037, and Danny C. Onorato, Schertler & Onorato LLP, 601 Pennsylvania Avenue NW, North Building, 9th Floor, Washington, D.C. 20004, this 31st day of January 2007.

                                                                        _____
                                                                       Assistant United States Attorney