1  the names and addresses that came from Ralph, that came from
2  Simmons, that went to him, and then the computers would be
3  shipped out.
4        Now, Orlando Marshall comes in.  Orlando Marshall was
5  one of the first to start receiving these computers.  You see,
6  Orlando Marshall and Mike Ralph are cousins.  And I think I said
7  to you before -- if I didn't I apologize -- Mike Ralph and
8  Dwayne Simmons, they went to middle school together.  They were
9  like brothers.  And you're going to hear evidence to that fact.
10       Orlando Marshall becomes involved in this scheme.  He
11 is receiving computers.  Now, how Mr. Emor knows Mr. Marshall is
12 that Mr. Emor worked at a school, not SunRise.  He worked at a
13 school called Fedora Academy.  He was the director at Fedora
14 Academy, and he hired Orlando Marshall as a counselor.  That was
15 the extent of that relationship.  They knew each other on the
16 job.
17       When Mr. Emor left Fedora Academy, he didn't see
18 Mr. Marshall anymore, he didn't call Mr. Marshall on the phone,
19 he didn't talk to Mr. Ralph.  He didn't know these people.
20 Sometime around 1999, Mr. Emor bumps into Mr. Marshall.  They're
21 in the store, they're talking, and the evidence will tell you
22 that this time Mr. Marshall is a social worker, and he's got a
23 student that he wants to place into Mr. Emor's new school,
24 SunRise Academy.
25       So there's casual conversation going back and forth.

1  And the evidence will tell you that Mr. Marshall says, how is
2  the school going, what's going on with the school?  Hey, if you
3  need any computers, I have a cousin who works at Gateway who can
4  get you a good discount.  Mr. Marshall says, I have a cousin who
5  works at Gateway who can get you a good discount.
6         Mr. Emor replies, great.  Have him give me a call.  The
7  evidence will show you nowhere do you hear Mr. Marshall telling
8  Mr. Emor that I've got a cousin who is going to steal some
9  computers, do you want them.  You won't hear that.  It didn't
10 happen.
11        So a couple of weeks later, Mr. Ralph calls up
12 Mr. Marshall -- I mean Mr. Emor.  I apologize.  And the evidence
13 will show you that Mr. Ralph says this:  My cousin, Pops, who is
14 Orlando Marshall, will tell you that I'm a manager -- he told me
15 to call you, and I'm a manager at Gateway, and a lot of the
16 managers here get these computers as part of their bonus
17 package.  Most of them don't want the computers, so I'm working
18 with them to get rid of them, to sell them to other people.  We
19 can get them to you at a good discount.  They don't want them,
20 they don't need them, fine.
21        Mr. Emor believed that.  And nothing is obvious in this
22 case.  He believed that Mr. Marshall, who represented that he
23 was a Gateway employee, who is related -- Mr. Ralph is a Gateway
24 employee who's related to Mr. Marshall, who Mr. Emor knows and
25 has worked with and trusts, that this is legit, that there was