UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
|  | ) Criminal No. 1:06-CR-00064-JR |
| v. | ) ) ) |
|  | ) ) |
| CHARLES EMOR | ) ) |
| *Defendant.* | ) ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel moves, pursuant to Local Criminal Rule 44.5(d), to withdraw as counsel for defendant Charles Emor in this case. Counsel's withdrawal is in the best interest of all parties and will not result in any unfair prejudice.

Following the trial in this matter, Mr. Emor informed undersigned counsel that he had retained the law firm of Schertler & Onorato, LLP to represent him in all post-trial matters, except for the filing of a Renewed Motion for Mistrial, which was to be filed by undersigned counsel. This Honorable Court has now denied that motion.

At this time, Schertler & Onorato has entered its appearance, been communicating with the government on behalf of Mr. Emor and filed a motion on Mr. Emor's behalf. Accordingly, undersigned counsel is no longer in a position to adequately represent Mr. Emor. Based on the foregoing, undersigned counsel respectfully requests that this Honorable Court grant its motion to withdrawal.

121886.00601/35655923v1

Dated:  February 16, 2007	Respectfully Submitted,

/s/
William R. Martin  (D.C. Bar # 465531)
Shawn M. Wright (D.C. Bar # 458377)
Kerry Brainard Verdi (D.C. Bar #478486)
**Blank Rome LLP**
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Ph: (202 772-5800
Fax: (202) 772-5858

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 1:06-CR-00064-JR** |
| **v.** ) | |
| **CHARLES EMOR** ) | |
| *Defendant.* ) | |

**[Proposed] ORDER**

Upon consideration of the Motion to Withdraw, and good cause demonstrated, the motion of William R. Martin, Shawn M. Wright, Kerry Brainard Verdi, and the law firm of Blank Rome LLP, to withdraw as counsel of record in the above-captioned matter is hereby GRANTED.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I certify that on this 16th day of February, 2007, I caused a copy of counsel's Motion to Withdraw as Counsel of Record to be served electronically upon Assistant United States Attorney Roy Austin and the law firm of Schertler & Onorato, and by Federal Express and Electronic Mail to Charles Emor, Sunrise Academy, 1130 6th Street, NW, Washington, DC 20001.

 

                                                         /s/
                                      Kerry Brainard Verdi