# Exhibit B



**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* (202) 772-5939
*Fax:* (202) 572-8380
*Email:* martin-w@blankrome.com

September 15, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Roy L. Austin, Jr.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

    Re:    <u>Discovery in United States v. Simmons, et. Al (No. 06-CR-00064)</u>

Dear Mr. Austin:

    Oh behalf of Charles Emor, I write to memorialize Mr. Emor's discovery requests. As you know, trial is scheduled to begin on November 28, 2006. Although you produced some documents pursuant to our Rule 16 request made on April 11, 2006, we remind you that such request is continuing and the government's response may require supplementation. Therefore, we again request any and all discovery that has not yet been produced by the government that relates to the charges pending against Mr. Emor.

    Specifically, we hereby request the following:

- All *Brady, Giglio* and *Jencks* material relating to these charges, including, but not limited to all statements of the defendant that the government intends to use at trial and any and all plea-agreements reached between the government with indicted or un-indicted co-conspirators;

- A summary of all expert testimony the government intends to use at trial; and

- All other witness statements and FBI 302s, including but not limited to those of, Abdul Jalloh, Mike Ralph, Orlando Marshall, Dwayne Simmons and anyone else with relevant knowledge, documents, recordings, or any other information to which Mr. Emor is entitled.

    We request that this material be made available for inspection immediately.



September 15, 2006
Page 2

      We appreciate your prompt attention to this matter. Please feel free to contact me if you have any questions.

                                      Very truly yours,

                                      William R. Martin