# Exhibit C

U.S. Department of Justice



Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 3, 2006

**BY FACSIMILE, E-MAIL AND COURIER PICK-UP**

Danny Onorato, Esq.
Schertler & Onorato, L.L.P.
601 Pennsylvania Ave, NW
North Building, Ninth Floor
Washington, D.C. 20004

Re: US v. Charles Emor - Audiotape and Videotape

Mr. Onorato:

As I mentioned to you yesterday, enclosed is an audiotape and videotape of an MPD interview of Orlando Marshall from July 12, 2002 that should have been turned over during the trial as Jencks. Prior to the trial, I separated the audiotape and videotape from the other trial materials in order to get them copied but inadvertently failed to get them copied and did not listen to them myself until December 28, 2006. With the four-day government holiday, these are being provided to you as soon as copies could be made. The tapes (which are the same) are consistent with the other Jencks provided for Orlando Marshall and other discovery material–including but not limited to the: July 16, 2002 WACIIS report of MPD Detective Vincent Tucci; December 1, 2005 Marshall MOI; January 10, 2006 GJ transcript of Marydith Newman; January 26, 2006 Marshall Plea Agreement; March 7, 2006 GJ transcript of Marydith Newman.

Out of an abundance of caution, I am also providing you with internal corporate investigative reports of John Karr which contain his summary of Marshall's taped statement.

Sincerely,

Roy L. Austin, Jr.
Assistant United States Attorney

CC:
William Martin, w/o enclosures
Shawn Wright, w/o enclosures
Kerri Verdi, w/o enclosures