# Exhibit D

## TRANSCRIPT
## ORLANDO MARSHALL INTERVIEW
### 7/12/2002

Q: Alright, today is the July 12th. I have a time of 14:17, or 2:17 PM. Present in the room today are special agent **Eddie Winkley [phonetically] [Q2]** with the Federal Bureau of Investigation, Fraud Task Force, United Secret Service. Detective **Vincent Tucci [Q]** [phonetically] with the Metropolitan Police Department, Washington DC, and Mr. Orlando Andre Marshall. Mr. Marshall is here on his own free will, is that correct Mr. Marshall?

OM: Yes

Q: Ok, and you are aware that you are not under arrest at this time?

OM: Yes

Q: And that you are not being arrested today. Is that correct?

OM: Yes

Q: Ok, Mr. Marshall's home at 103 G Street, SW, Apt B109 was the subject of a search warrant in reference to investigation of approximately 500,000 dollars worth of computer equipment that was shipped from Gateway's Hampton facilities to various locations in the United States including Mr. Marshall's apartment. Mr. Marshall we spoke to you earlier, is that correct?

OM: Yes

Q: And we had that discussion concerning some of the activities and deliveries that were shipped to your home at 103 G Street SW, is that correct?

OM: Yes

Q: Ok and we went over a spreadsheet provided by Gateway computers to myself and Agent Winkley. And we went over certain pieces of information on that fact sheet, correct?

OM: Yes.

Q: We have listed a couple of different names to you, the address of 103 G St. SW, Washington DC. One of them being Andrea Marshall, Andre Marshall, Orlando Marshall. Also Sophia Bashir [phonetically] and I believe that was it for that particular address. Are these all names that you're familiar with?

1

OM: Yes

Q: And for those shipments that were listed, is it fair for me to say that you received those shipments at that address?

OM: Yes.

Q: Ok Mr. Marshall, why don't you tell me how you became involved with receiving these shipments from Gateway computers.

OM: Well it came about through my cousin Michael Ralph who in turn had a friend Dwayne Simmons, who was an employee at Gateway. Um, they instructed me that they were able to get computers um from the facility, and if I knew of anybody who was interested in purchasing computers, to provide them with their address and let them know of the cost of the computers from Gateway. They would in turn ship computers to these addresses.

Q: When were you made aware of this situation? Excuse me, what role did you play in dealing with this?

OM: I provided the addresses to Michael Ralph, and he in turn provided the addresses to Dwayne Simmons. Um on occasion I would collect the funds and I would give the proceeds to Mike.

Q: When you received, when you got somebody that wanted to purchase a computer, how did that process work on some occasions? Would that person give the information to Mike?

OM: They would give me their address. I would in turn give the address to Mike, who would then in turn give the address to Dwayne.

Q: Ok the transfer of the money for the purposes of paying for the computers, how would that take place?

OM: It depended on the situation. Um a lot of times I directly connected Mike to the person who was purchasing a computer, if I felt that they might not pay um I would get involved and I would collect the money and I would get the money up front and give it to him.

Q: When you say directly connected, the customer with Michael, how? Explain that.

OM: I would give, ah, pass either their number on to Mike or vice versa passed his number on to them, so either or.

2

Q: Ok and some of those shipments were to addresses in Washington DC?

OM: Um yes

Q: Now, you had told me during a prior conversation that you received some of the Gateway computers at your apartment on G Street for someone else?

OM: Yes

Q: And who was that person?

OM: Abdul Jalloh.

Q: Ok and explain to me why Mr. Jalloh had computers sent from Gateway to your home address.

OM: Well Mike instructed me that they could only send two shipments, two shipments per household, two computers per household. So Abdul needed another address. He had a lot of people who were tempted to purchase computers and he needed another address to send computers to. So I permitted my address to be used.

Q: Did you ever take computers from your home address to Abdul's house?

OM: Yes

Q: And how did you do that?

OM: I transported them in my car.

Q: And you took them to Abdul's address where?

OM: Actually I would meet Abdul near his house in the parking lot near his apartment complex, I never actually went into his apartment.

Q: When you'd meet him was the parking lot in Maryland, DC, Virginia?

OM: Um in Maryland

Q: Um now, concerning – I've gone over some of the names on the list, the spreadsheet. And you indicated to me on some occasions that you either connected these people with Michael or help do the transactions yourself. I'm going to read over some to make sure which ones occurred in what fashion. Fonda Roy Hankerson [phonetically]

OM: Yes

Q: Ok now what happened with Mr. or Ms., is it Mr. or Ms. Hankerson?

OM: Ms.

Q: Ms. Hankerson, excuse me, how did, what transpired, did you hook them up with Michael or did you conduct the transaction personally?

OM: Um I conducted the transaction in person

Q: Ok so she expressed an interested to you in that she wanted to purchase a computer?

OM: Yes

Q: And she told you what she needed?

OM: Yes

Q: And you told her how much it would be?

OM: Yes

Q: How much did you charge her for this particular computer, do you recall?

OM: Um 400 dollars

Q: And do you remember by chance what she purchased?

OM: No, I mean

Q: Was it two systems or 1 system?

OM: She purchased 2 systems

Q: And that was 400 dollars for each system?

OM: Yes

Q: Now, there's another gentleman. And that was back in 2001 correct?

OM: Correct

Q: Do you remember the date?

OM: No.

Q: If I told you the date would you remember?

OM: No

Q: Would you be able to tell me what time of year it was?

OM: I couldn't even recall, it was so much, so many transactions I can't tell.

Q: Ok, I talked to you about Mr. Trennan Hart, you indicated to me that you did that individual, correct?

OM: Yes

Q: And there were some computers shipped at his address?

OM: Her

Q: Her address?

OM: Yes

Q: Excuse me ok, now what happened with that particular transaction?

OM: Again I set it up. I provided Mike with her address, he sent it to her. She in turn gave me the money and I turned over the money to him, to Mike.

Q: Ok so when you turned over money to Mike, for the sale of the computers, how did that go down?

OM: I either would meet Mike some where, or we would meet at a mutual site, or he would come to DC, often as he did. He came quite a lot so.

Q: For this particular transaction, do you remember where you gave him money or how?

OM: No, I can't

Q: Um Jamal Hughes, Holmstead Ave in the Bronx, New York. Tell me about that transaction.

OM: Um I gave Jamal's my cousin's number and I told him that it was ok, Jamal was cool, and they made that transaction themselves.

Q: So you basically gave Jamal your cousin's number?

OM: Correct.

Q: For the purpose for Jamal purchasing a computer?

OM: Yes

Q: Ok, Charles Sunrise

OM: Um again um, I put them in contact with Charles Emor. And they made those purchases solely on their own. I had no involvement.

Q: Do you know Charles by any other name, obviously you know him as Charles Emor, and you know him as Charles Sunrise.

OM: Well I know the name of his organization is Sunrise Academy but I don't know him by any other name.

Q: Ok. There were some deliveries sent in the name of Sophia Bashir to 103 G Street, SW, Washington DC. Are you familiar with them?

OM: Yes

Q: And why were they shipped in that name?

OM: Um because they felt too much, too many computers was coming in my name. Sophia was residing with me at the time, they put them in her name.

Q: I asked you about the name David Claygross [phonetically] and – you did the transaction for Fonda Roy Hankerson?

OM: Yes

Q: Ok and you did that personally correct?

OM: Yes

Q: Did you ever give Fonda your cousin's telephone number?

OM: Umm I can't recall that I did. But I might have I can't recall. So I believe at some point I did but I don't know if I actually told (indiscernible)

Q: Ok so would there be, you told me you didn't know David Claygross.

OM: No

Q: But I'm looking at the spreadsheet and David Claygross and Fonda Roy Hankerson have the same address.

OM: Right, and they might have, she might have gave, I can't remember if I gave her the number to him or not, but somehow I believe she used another name to give to Mike for the purposes of selling computers.

Q: And why do you believe that?

OM: I don't think she wanted to use her name

Q: So you think she made another purchase around your back?

OM: Yes, I mean it wasn't necessarily around my back. People are free to do as they want to.

Q: The name Andrea Marshall shows up for 103 G Street

OM: Yes

Q: SW Washington DC. Was that, were there, were items shipped to you under that name? Were items shipped to you under that name?

OM: Um yes, and I had no part in changing those names. They did it on their own. But it was my middle name. I guess they decided to deviate from that name but I had no say so in that.

Q: Ok, but you knew when the items were shipped under that name to your address that they were for you?

OM: Yes

Q: Ok. And there were items also shipped to you under the name of Orlando Marshall. Is that correct?

OM: Yes

6

Q: Alright. You indicated to me during our prior conversation that you had set up the deal for or made the deal for a David Pow

OM: Pew

Q: Pew, at the Seed Charter School.

OM: Yes.

Q: Is that correct?

OM: Yes

Q: And how did you conduct that transaction?

OM: He told me he was looking for a computer. I passed his name and address on. When the computer arrived I collected to proceeds and turned them over to Mike.

Q: When you turned them over to Mike do you remember how you did that? Did he come up to DC to meet you, did you drive to Virginia to meet him?

OM: I believe he came to DC. Um he came pretty much a lot to DC. There was very few times where I (indiscernible) to him. But he would come to DC to get the money.

Q: Now you, we also discussed the name Sylvester Judge.

OM: Yes

Q: Tell me about that transaction

OM: Um he's an employee where I'm employed at. He told me he was interested in purchasing a computer. He gave me his address. Um, he in turn, when the computer arrived, he gave me the money and I turned it over to Mike.

Q: Ok. And that computer was shipped to Alexandria, Virginia?

OM: I believe so, yes

Q: I have some more items that I noted that your, some variations of your name, either your first or your middle name and last name, Marshall. You're aware of those aren't you?

OM: Yes

Q: And those were deliveries that were accepted by you at your home or picked up from […]

OM: Yes

Q: Tell me more about Abdullah Jalloh

7

OM: Um Abdul, I met Abdul through my ties, I work at CFSA. Abdul told me he knew people who wanted to purchase computers. I in turn turned him on to Mike, I passed him on. They started doing business. Later on, he told me that they needed another address to send computers to (indiscernible).

Q: During our prior conversation, you had, we had, after we served the search warrant at your home address, you were allowed to go to work, is that correct?

OM: Yes sir

Q: Alright. During that time you were going to work or conducting your course of business, you indicated that you made a couple phone calls. Is that correct?

OM: Yes

Q: Who did you call?

OM: I called Mike

Q: And just for the record, can you give me Mike's name?

OM: Michael Ralph

Q: You called Michael, and what did you talk to him about?

OM: I told him that my house was searched and they were looking for Gateway computers

Q: What did Mike have to say about that?

OM: Mike said he figured they was going to come. They had served other people that he knew of, and he said he didn't have anything to worry about because he didn't have any merchandise in his home.

Q: Did he mention to you what he did with the merchandise he had at some point?

OM: No

Q: You also told me some more about the conversation. He indicated to you that he had contacted someone or that he was going to contact another person?

OM: Yes um, he in turn contacted Charles Emor, and he told me that Emor wanted to talk to me. Um and was it ok for him to give him my cell phone number. I said it's ok. He called me and I told him the same thing I told Mike, that a search warrant was served on me and that they were looking for Gateway computers.

Q: What else did Mr. Emor tell you during this conversation?

8

OM: Um he told me he didn't have any merchandise you know, and that if they wanted to come and search they could come.

Q: Now, you had indicated to me that you were familiar with Mr. Emor's business.

OM: Yes

Q: What is that, what is the name of that business?

OM: Sunrise Academy

Q: What's the purpose of that business?

OM: Um it's a special education school for emotionally disturbed children.

Q: And Mr. Emor, you had indicated at some point that Mr. Emor may have purchased some of the computers through your cousin and Mr. Simmons, is that correct?

OM: Yes

Q: And what was the purpose for him purchasing these computers, did he ever tell you?

OM: Um to my knowledge he was reselling computers. He was pretty much buying them at wholesale rate from them and reselling them.

Q: Are you aware of any other business besides the Sunrise Academy that Mr. Emor has?

OM: No.

Q: Does he own a computer shop, pawn shop or anything?

OM: No, not to my knowledge

Q2: Was he re, was he reselling the computers for a profit?

OM: Yes to my knowledge he was.

Q2: Ok, he was getting the computers for what amount?

OM: I have no idea what they was, that he was selling. I do know he was selling them for less of what he was selling my people because he was buying it in large volumes.

Q: What was the price you were selling, or Mike or Dwayne were selling them for?

OM: They went between $350 and $400 depending on the model

Q: So Mr. Emor would get a price at a discount for purchasing in bulk from . . .

OM: From my understanding they were less than that amount.

Q: And why is that you understanding?

OM: Um because he was buying them in large volumes

Q: Now let's get into the kind of the nuts and bolts for this whole operation. In the beginning, you had indicated that people would come to either you or Abdul saying I

need a computer, I need a computer. In circumstances, set in motion, what would take place at that point, step by step?

OM: Could you repeat the question?

Q: When someone would come to you and say I need a computer

OM: Yes

Q: Ok, what would happen?

OM: I would tell them the price. Um usually there was no problem with the money. I would tell them to give me their address. They gave me their address and I would turn it over to Mike, and it would take a couple days. Computers were sent. When the computer got sent, they knew that the guy sent it. So they would call me and tell me the computer was shipped. Um they would tell me to collect the money. I would get the money. And again I would turn it over to Mike.

Q: Would these people pay cash? Would they pay by credit card, would you pay by money order, check?

OM: Cash only

Q: And did any of this cash go in anyone's bank account that you're aware of?

OM: Yes

Q: Whose?

OM: Mike's

Q: And how do you know it would go in Mike's bank?

OM: Because sometimes I would put it in there.

Q: Would you wire it down, would you?

OM: No, not wire it, I would just go, I had his account number, and I would just put it there

Q: What bank was it?

OM: Um Bank of America (indiscernible)

Q2: Would you put it through a deposit, a night deposit, or take it up to the window?

OM: Take it up to the window.

Q: Now you indicated, okay ok go ahead

Q2: The normal selling price for those computers, what is the range, their regular selling price like Gateway would charge for the computers?

10

·

OM: I really had, it depended on the model and when people inquired about computers, I would tell them what I was told, that I really had no idea which model they would get. I think the most expensive one was the 700 Excel but it could be anywhere from the 500 series, which was, you know, maybe 1200 all the way up to 2500 dollars.

Q: And these computers would be sold for 400 dollars, anywhere from 350 up to 400 dollars.

OM: Yes.

Q: Now, we had mentioned a subject by the name of Dwayne Simmons

OM: Yes

Q: How do you know him?

OM: Um I knew Dwayne through my cousin Michael Ralph

Q: And did you know, you know him through your cousin Michael Ralph but did you know him from any point before or growing up or anything?

OM: No. I'd known Dwayne, or I'd known about Dwayne you know probably since my teenage years, when him and Mike, you know, Mike, became friends, but I never hung out with him you know. I would occasionally see him you know in a family setting. But never hung out with him.

Q: And during the course of our discussion before this taped interview, we went over to my office and took a look at the computer monitor, is that correct?

OM: Yes.

Q: And you were shown six photographs, is that correct?

OM: Yes.

Q: And you indicated by pointing to, I believe it was photograph number four, that you recognized the individual in that particular photograph, is that correct?

OM: Um, somewhat. I believe it was Dwayne Simmons' photograph. I can't say for sure. Maybe fifty percent sure that it was him.

Q: And you had indicated your reason for believing it was fifty percent. Why don't you tell me about that.

OM: I haven't seen Dwayne in quite a while so I can't tell you. And like I said his appearance had changed over the years. I knew Dwayne when he was a smaller person and since the last time I'd seen him he had gained considerable amount of weight.

11

Q: But you knew where Dwayne worked right?

OM: Yes

Q: And how did you know that?

OM: Um through Mike

Q: And you had indicated that you knew what Dwayne's position was with Gateway at the time he was employed with them, is that correct?

OM: Um no. My, when Dwayne, when he told me Dwayne was employed, I assumed he was in some kind of supervisory position, just based on the fact that I knew he had spent some time in college. And I made the assumption that you know somebody who went to college wouldn't be working on the assembly line or pushing the broom at Gateway.

Q: But you knew he was in a position with Gateway that had these computers shipped from there?

OM: Yes

Q: To anywhere he chose to, basically.

OM: Yes.

Q: Could you give us a description, since the last time you've seen Mr. Simmons could you give us a description of him?

OM: Um Dwayne's brown complected, maybe 6'2", 6'1" 6'2". Last time I seen him, he probably weighed roughly 260, 270 pounds.

Q: And you indicated you knew where he went to school, is that correct?

OM: Um he did attend Norfolk State University for a brief period. Where he went from there I don't know.

Q: And you knew where he grew up, is that correct?

OM: Yes

Q: Do you remember what street he grew up on?

OM: No

Q: You know what part of, what part of Hampton he grew up in?

OM: We, if you understand about the geographics of that little peninsula, North Hampton. You don't really know when you're in one city or the other. But we primarily grew up in Newport News, but I moved to Hampton when I was about, when I was in the sixth grade so.

Q: Um, did you have any more questions?

Q2: I don't know whether or not we mentioned it but you had a girlfriend that had signed for some of the computers also?

OM: Yes

Q2: Ok, what, could you state her name?

OM: Sophia Bashir [phonetically]

Q2: Ok. Did she only sign for the computers that was in her name or did she sign for some of the computers that also came in your name?

OM: She signed for stuff that was in my name also

Q2: Along with her name?

OM: Yes

Q: And why did she sign for any of the computers, whether they were in your name or her name?

OM: Um she was living with me at the time and basically, I told her to sign for anything that came to the house.

Q: Did you tell her what was going on?

OM: No I didn't

Q: Did she ever ask you why you were getting all these computers?

OM: She did at some point and I pretty much shunned her and told her you know, it ain't none of your business. And she was upset and that was part of my reason for stopping. She told me "you know you're not being given anything for it, why are you putting yourself in jeopardy?" so.

Q: Now with some of the deliveries that were sent to your home, sent over to DC, may have been signed for by Michael, is that correct?

OM: Yes I believe Mike was in my apartment. He came over. He came up one time when a package was being, well, he was in my apartment. He came up to DC to collect money

Q: Right

OM: And he was in my apartment when a shipment came. I believe he did sign for it.

Q: And do you remember roughly about when this was?

OM: um I believe it was some time in May. I can't (indiscernible) May of 2002.

Q: And was that one of the last shipments you got?

OM: Um roughly around there

Q: Would he have been up in March at all?

OM: He might have. Mike was coming back and forth up to DC, he, he, again, he lived here with his mother, for a time. He has you know, people that would come up here to see, off and on.

Q2: Going back to Mr. Simmons, is he still employed with Gateway to your knowledge?

OM: To my knowledge he is not. To my knowledge he's laid off and employed with Anheuser-Busch.

Q2: Ok, some of the computers were being delivered after his termination from Gateway. Is it your understanding that someone took over the operation when he left?

OM: Yes

Q2: Ok, who did you get that information from?

OM: I got that information from Mike

Q2: Do you know who that individual is?

OM: No I don't

Q: And just to step back a second. You indicated that Mike may be working for Anheuser-Busch?

OM: Dwayne

Q: I'm sorry; Dwayne may be working for Anheuser-Busch. Where is it, Newport News, is it in Hampton?

OM: Um I think Anheuser-Busch is in Williamsburg.

Q: So around Busch Gardens?

OM: Yea

Q: The person who took over operations from Mr. Simmons, you haven't had any contact with that person?

OM: No

Q: Ok

OM: Mike holds the key to who that person is. He would never . . .

Q: We're gonna stop the tape here for a second. We're gonna flip over the audio

Q2: Ok. Doin' good.  What we gonna try to do is of course work with you guys, and at some point we're going to need to talk to Mike.

Q: Ok we're back. We're running on video but also audio. We're back. Go ahead

Q2: No, my question was as far as Mike. Mike, he dealt with the new person that took over the operation from Mr. Simmons?

OM: Yes

Q2: And they continued to do business in this area or just in . . .?

OM: Um I'm assuming they kept business as usual

Q: Now, is it your understanding that they still work in, that the, well that the operation when you were a part of it, that they were working nationwide, or up and down the east coast?

OM: Up and down the East coast from what I understood

Q: And what do you base that understanding on?

OM: Conversations with Mike. He told me people were purchasing stuff all over, so . . .

Q: Now, when he would tell you that, we understand how he kind of worked in the DC area with you and Abdul and they had somebody to go to and say "Hey look, I'm looking for a computer." Did you ever get in a discussion with them who the people in the other areas were? Maybe in North Carolina or New York?

OM: I knew about someone in Michigan. He mentioned Michigan once, Atlanta. Those were the two places that I can recall him saying.

Q: Who were the hook ups in Atlanta?

OM: I have no idea. I have no idea. My dealings was with people I knew, and it was primarily the people I worked with.

Q: Now you have friends in Atlanta, right?

A: I have family in Atlanta. I have a friend in Atlanta. But I don't know a lot of people. I know one person. And I have a cousin in Atlanta

Q: Now, did you ever make the connection like you did up here?

OM: No I didn't.

Q: Between Michael and the people you know in Atlanta?

OM: No I didn't.

Q2: We were talking about some people, you dealt mainly with people that you worked with; you have a part time job?

OM: Yes

Q2: And who is that with?

OM: Seed Public Charter Schools

Q2: Ok, and some of the computers were sent to that location.

OM: Yes

Q2: Ok

OM: Actually it was (indiscernible)

Q2: Ok, was it sent to you there or to another individual?

OM: To another individual.

Q2: Ok

Q: And that was David Pow

OM: Pew

Q: Pew. Ok. Now, we had discussed basically before, what did you get out of, what did you get out of this particular ..., was it money, was it status, was it doing friends and family a favor?

OM: Primarily it was doing a family friend, who I knew was trying to you know get his business started (indiscernible), I was trying to help him out.

Q: And that family

OM: named Michael Ralph

Q: And we had also discussed methods of payment with Michael.

OM: Yes.

Q: And did you ever give Mike, write Michael checks as part of paying Mike for getting the computers?

A: No. Those was actual personal loans. Any money I gave Mike for this was cash transactions. I either deposited it in his account, I met him on occasion at King's Dominion or he would often come to DC to collect the money.

Q: Ok, would there be a time when anybody purchasing a computer would have a check, said I don't have the cash on hand?

OM: No I had a strict policy that you know I didn't want any checks. I didn't want them because I was in fear of . . . Well, most people I knew so I put my hands, you know I would see them, but I didn't want any checks. I wanted cash.

Q2: Most of the proceeds from that operation, were they going towards Mike's new business, business venture he was starting up?

OM: Um I don't know, I don't know how much Mike and Dwayne, I don't know what the percentage rate or how much money he kept, or how much money Dwayne kept. I never got into that. Me and him had a falling out about, um, about money. Like I said, every now and then when they felt the need to give me you know 50 dollars, a 100 dollars here, they would give it to me but you know, I knew I was giving them a lot of money and I didn't really get anything from him. And after a while like I said, I started off to help him out and then I was like, I got to the point where like "hey man I helped you out, you know, now what are you gonna do for me?" And I never got anything.

Q: Over the course of this whole operation, as you were involved in it, would you be able to tell me, or estimate, how much money you received as a result?

OM: I would say, probably, I can say maybe 40,000 dollars.

Q2: You received 40,000 dollars?

OM: Approximately. Oh, for myself?

Q2: Yea

OM: Oh no, no. For myself I got maybe 1000 of that

Q: So does it surprise you that we we've been able to track, just roughly just alone to your name and the variations of it, 120 pieces. Would that surprise you?

OM: Could you repeat that question?

Q: in deliveries

OM: Mhm

Q: to your G Street address

OM: Yes

Q: Would it surprise you if I said that you received probably about 122 pieces?

OM: I didn't think it was that many. I mean I never kept a count but, you know, they were coming pretty regularly. Um, you know, sometimes four in one week. Not at the same time but they were coming pretty steadily.

Q: And part of those would be either computers or systems that you sold or deliveries you accepted on behalf of Mr. Jalloh?

OM: Primarily, the computers that were sent to my home were for Mr. Jalloh, for him to pick up. Like I said, he had a person who he was dealing with. Don't know who that person was but that person was in turn purchasing the computers from him.

Q: How long would the deliveries take?

OM: Um they were, they were gone quick. I mean, it would pretty much if they got there by around 5 or 6, they were gone the same day.

Q2: What was the time frame of your dealings between Mike and the Gateway computers coming in and out of your apartment? Did that last for a 2 year period, a year period or . . . ?

OM: Going on about a year now

Q: Do you know the time frame as far as dates?

OM: I don't, let me see. Um it probably started, probably, let me think. Um probably around I would say before November, before October.

Q: Of what year?

OM: Of 2001.

Q: And it ended about?

OM: It ended about, let me see, it ended in roughly May of 2002.

Q2: I don't know, we may have mentioned this earlier. Kind of stepping back a ways. His name, is Mr. Abdullah?

Q: Abdullah Jalloh

Q2: Jalloh Ok, at some point did he mention that a search warrant was conducted at his residence?

OM: Yes, he did

Q2: Ok, What was the nature of that conversation?

OM: Um he told me, um I guess I was out of town during the week that it happened. He told me, when I seen him at work, we work different shifts, he came up to me. He was excited he said, "man," he said, "the goddamn police ran up in my place." He was like "man" he said "they're gonna come after you" he said, "one of the boxes had your name on it" you know, and I said "well man, you know, shit, I ain't collecting money from that shit, I was getting that shit for you. He said "yea man but, you know, they're coming after you." And I said "ok well nothing I can do."

Q: I'm looking at the spreadsheet here and we've gone over this a couple […]. I keep referring to it. In reference to the Fonda Roy Hankerson, Fonda Hankers, Hankerson purchase, would it surprise you or would it sound accurate if I told you the date that that particular computer was shipped, that that particular computer was shipped, or system was July 24 of 2001, does that sound fair?

OM: Nah I wouldn't, I thought my dealing with her was roughly probably around November of 2001. That's to my recollection. I don't think going back that far with her…

Q: And I also mentioned, one name I neglected to mention, Jacklyn Moore [phonetically], do you recall?

OM: Yes

Q: Do you recall that?

OM: Yes

Q: And was that a purchase that you handled or set up?

OM: Yes

Q: And what kind, I guess, was it a system or one piece?  Something simple?

OM: I think it was one piece

Q: Do you remember what that piece was?

OM: I think it was a CPU

Q: Now, you also had indicated to myself and Agent Winkley in a prior conversation that there was a time when Dwayne had mentioned that it was getting hot, that the Gateway . . .?

Q2: Not Dwayne, Mike

Q: Mike mentioned it? Ok, Mike had mentioned that it was getting hot down there. Explain to me the nature of the conversation and how things were handled at that point.

OM: Well, Mike told me back in, let me see. I wanna say maybe early May of 2002, that Gateway was doing an inventory. And um, he said to me that he wouldn't be able to probably send any more computers.  And I said, "well that's fine." And he told me that there was a possibility that they could only get CPUs. Um Abdul, I told Abdul. I passed this information on to Abdul. And he told me well, you know, his boys wanted CPUs, and Mike checked. They waited and things were, and he said he was gonna wait for it to

19

stop getting hot. He then proceeded to start up. Sent a shipment of CPUs. And he only sent a few of them. Then it stopped.

Q: You also indicated in our conversation before that Abdullah, or Abdul Jalloh had been sending the computers elsewhere.

OM: Yes

Q: From some of the stuff he was getting, where was he sending it to?

OM: I believe he was sending them to um somewhere in Africa. He's not Nigerian, I can't recall what country's he's from. I think it's Liberia. But he mentioned to me that it was very expensive to send stuff back to Africa.

Q: And that's why you know he was shipping it back?

OM: Yes

Q: Or what makes you believe that that's . . . ?

OM: Yes

Q2: Alright, we covered pretty much everything.

Q: Alright just a couple of questions here Mr. Marshall. In reference to your coming in and giving this statement today, were you threatened or coerced by anyone with the Metropolitan Police Department, or Task Force or anything to give up this statement?

OM: No

Q: Were you promised anything?

OM: No

Q: Ok. And are you currently under the influence of any alcohol?

OM: No

Q: Medication?

OM: No

Q: Illicit narcotics?

OM: No

Q: And finally, is there anything else you'd like to add to this statement?

OM: Um No

Q: Alright. This statement is going to end at 14:59 hours. We'll point out that Mr. Marshall came in at approximately 11 a.m. this morning, and our discussions I think began recording this interview at the time I mentioned earlier on this tape. Mr. Marshall

will be free to leave. Um, this interview is concluded, which it will be right now at 14:59 hours.