# Exhibit E

**(Exhibit E is a videotape of a July 12, 2002 statement given by Orlando Marshall, and will be filed separately)**