# Exhibit F

## Metropolitan Police Department
### WACIIS Investigative Supplement Report

Supplement Number CF02-457/1 　　　　　　　　　　　Report Date　07/16/2002

### Supplement Report Information

| | |
|---|---|
| Number | CF02-457/1 |
| Date | 7/16/2002 |
| Type Of Report | PD854 INVESTIGATIVE REPORT |
| Description | INITIAL INVESTIGATION |
| Occurence Date | 7/24/2001 |
| Detective | TUCCI, VINCENT J (D2-222) |

### Synopsis
Theft of $500,000.00 of Computers from Gateway

### Narrative

INVESTIGATION

On 6/26/02 Detectives Vince Tucci and George Rada met with John Karr of Gateway Computers and Det. Tony Bordeaux of the Hampton, VA Police Dept. Both subjects are investigating the theft of over $500,000 worth of computer equipment from the Gateway computers Hampton, VA facility from 7/24/01 through 5/20/02. Approximately $170,000.00 worth of that equipment was delivered to addresses in Washington DC alone.

Mr. Karr explained that the items were shipped from the Hampton facility to numerous addresses around the country. One of those addresses was 103 G Street, Southwest Washington, District of Columbia, Apartment B-109. The names Andre Marshall, Andrea Marshall, Orlando Marshall, Sophia Bashir and Sophia Brashir as the individuals that were delivered approximately $119,000 dollars worth of Gateway's Computer merchandise. Mr. Karr has identified the deliveries to these individuals and to that address as fraudulent. Detective Tucci checked the United Parcel Service's tracking numbers at their web site and discovered the packages had been delivered and signed for by subjects named Marshall and Bashir. It is further requested that a search warrant be issued for Mr. Marshall's personal computer hard drive in an effort to determine whether or not he used it to commit this offense.

Detectives Tucci and Rada were able to obtain information concerning the subject identified as Orlando Andre Marshall. This information was confirmed and is listed below. Orlando Marshall 103 G St SW #B-109, date of birth 11/21/70, social security number 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, (202) 863-4403 home (202) 535-2352 work Born Newport News VA and his employer is the Child & Family Services Agency 609 H St NE.

On 7/5/02 Detective Vincent sought and received a search warrant for the premises of 103 G Street, Southwest, Washington, District of Columbia, apartment B-109 from a District of Columbia Superior Court Judge.

On 7/12/02 at 0745 hours members of the Metropolitan Police Department and the United States Secret Service Metropolitan Area Fraud Taskforce served a District of Columbia Search Warrant on the address of 103 G Street, Southwest, Apartment B-109. During the service of this warrant Mr. Marshall was the only person present in the location at the time.

Among the items seized from the address were photographs, checkbooks, checks, a bank statement mail matter, sprint PCS bills, photo box labels, day planner and a Virginia Map. Mr. Marshall was not placed under arrest and interviewed at the location.

Originally Mr. Marshall denied any involvement with any Gateway computers being shipped to his apartment. The execution of the search commenced and Detective Tucci interviewed Mr. Marshall on the balcony of the apartment unit. Mr. Marshall told Detective Tucci that he did receive computers at the location and that he was receiving them from a connection that he and his cousin had at Gateway computers in Hampton, Virginia.

During this conversation Mr. Marshall stated that the names of the people he was working with were his cousin Michael

Continued On Next Page

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

## Metropolitan Police Department
*WACIIS Investigative Supplement Report*

Supplement Number **CF02-457/1**  Report Date  07/16/2002

*Continued From Previous Page*

Ralph and Dwayne Simmons who worked at gateway Computers. Mr. Marshall stated that he had to go to work and appear in District of Columbia Superior Court at 9:30 am. After the execution of the search warrant Mr. Marshall went to his office at Child and Family Services in Southwest Washington, District of Columbia. Mr. Marshall stated that he would respond to the offices of the Financial Crimes and Fraud Unit after he finished with a child neglect case.

At approximately 11:00 am Mr. Marshall responded to the offices of the Financial Crimes and Fraud Unit for the purpose of being interviewed by Special Agent Ed Winkley and Detective Vincent Tucci. Present for part of the interview was John Karr, Fraud Investigator for Gateway Computer. During this interview Mr. Marshall made several statements concerning the activities of other involved individuals.

1. He was involved in this enterprise with his cousin Michael Ralph and Dwayne Simmons.

2. He was involved with a co-worker at Family Service named Abdul Jalloh and took some of the computers to Mr. Jalloh in Prince Georges County, Maryland as well as Mr. Jalloh picking up some of the units at Mr. Marshall's apartment.

3. That he had his girlfriend sign for some of the computers but did not tell her why he was receiving the computers.

4. That he would set up deals between his cousin, Dwayne and third parties. On other occasion he would handle the delivery of the computers and collect money.

5. He would send or give the payments to his cousin for the systems purchased.

6. Mr. Marshall stated Mr. Jalloh would send some of the computers to Africa because he would complain about the cost of shipping.

7. Mr. Marshall also told investigators that Mr. Charles Emore, also know as, Charles Emengoa and Charles Sunrise, operator of the Sunrise Academy was purchasing systems in bulk and at a reduced price from the individuals. A single purchase would go for about $400.00. Mr. Emore would pay $350.00.

Mr. Marshall stated that he felt he was responsible for about $40,000.00 and only made approximately $1,000.00.

9. The operation lasted only about 1 year and computers were shipped to several cities mostly on the east coast.

10. Mr. Marshall stated that prior to his arrival at the interview he called Michael Ralph and told him that the police had raided his apartment. He also spoke to Charles Emore and told him the same thing.

11. Mr. Marshall went over a spreadsheet with Detective Tucci and Agent Winkley and admitted to handling the following transactions in one of 3 ways. Setting the deal up, handling the deal or handling the money.

* Fondaroy Hankerson
* Trenan Hart
* Jermal Humes
* Charles Sunrise
* Norma Walker
* David Pugh
* Sylvester Judge
* Jamal Hughes

DEFENDANTS

Mr. Ralph has been identified by police department records in as Michael Ralph, date of birth 6/5/69, last known address 7288 Abraham Court Newport News, Virginia. This name and address were also recovered from Mr. Marshall's day planner. Another item recovered from Mr. Marshall's apartment was a funeral flyer for a relative of Mr. Ralph's.

*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

## Metropolitan Police Department
*WACIIS Investigative Supplement Report*

Supplement Number **CF02-457/1**                                Report Date    07/16/2002

*Continued From Previous Page*

John Karr of Gateway Computers has identified Mr. Simmons as Dwayne Simmons, date of birth 5/8/70, social security number 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, and a former Gateway computer supervisor at their Hampton, Virginia facility. Mr. Simmons left his job short before gateway Computers discovered what was taking place.

Mr. Jalloh has been identified as Abdul Jalloh, date of birth by records provided by the Prince Georges County police Department pertaining to the Search Warrant and arrest on 3805 64th Avenue Hyattsville, Maryland 6/19/02. Mr. Marshall states that Mr. Jalloh is a current District Government employee with the Child and Family Services Agency. Mr. Jalloh and his attorney are due to met with the Maryland States Attorney on 7/18/02.

Mr. Emore has be identified as Charles Emore, also known as Charles Emenonga, date of birth 7/29/60, listed as the Chief Executive officer of the Sunrise Academy located at 1130 6th ST Northwest, Washington, District of Columbia.

   According to Mr. Marshall the operation started to shut down after Mr. Simmons after he left Gateway computers. There was another individual that took over the shipments after Mr. Simmons left company. Mr. Marshall states that the does not know the other individual but his cousin does know.

### Supplement Subject #1, Suspect #1, Emenoga, Charles Ike

#### Primary Information
| | |
|---|---|
| Record Type | PERSON |
| Subject Name | EMENOGA, CHARLES IKE |
| Race | BLACK |
| Sex | MALE |
| Birth Date | 07/29/1960 |
| Age | 41 |
| Juvenile | NO |

#### Subject - EMENOGA, CHARLES IKE - Aliases
CHARLES EMERSON
CHARLES EMORE
CHARLES SUNSHINE

#### Subject - EMENOGA, CHARLES IKE - Personal Description
| | |
|---|---|
| DL Number | E560115336594 |
| DL State | MARYLAND |

#### Subject - EMENOGA, CHARLES IKE - Related Addresses
| Address | Building | Unit | City | State | Relationship |
|---|---|---|---|---|---|
| 1130 6TH ST NW | | | Washington | DC | WORK ADDRESS |

*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

## Metropolitan Police Department
### WACIIS Investigative Supplement Report

Supplement Number CF02-457/1                    Report Date 07/16/200

*Continued From Previous Page*

### Supplement Subject #2, Suspect #1, Marshall, Orlando Andre

**Primary Information**

| | |
|---|---|
| Record Type | PERSON |
| Subject Name | MARSHALL, ORLANDO ANDRE |
| Race | BLACK |
| Sex | MALE |
| Birth Date | 11/21/1970 |
| Age | 31 |
| Juvenile | NO |

**Subject - MARSHALL, ORLANDO ANDRE - Personal Description**

| | |
|---|---|
| SS Number | 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 |

**Subject - MARSHALL, ORLANDO ANDRE - Related Addresses**

| Address | Building | Unit | City | State | Relationship |
|---|---|---|---|---|---|
| 103 G ST SW | | B109 | Washington | DC | HOME ADDRESS |

### Supplement Subject #3, Suspect #1, Ralph, Michael

**Primary Information**

| | |
|---|---|
| Record Type | PERSON |
| Subject Name | RALPH, MICHAEL |
| Race | BLACK |
| Sex | MALE |
| Birth Date | 06/05/1969 |
| Age | 33 |
| Juvenile | NO |
| Place Of Birth | NEWPORT NEWS, VA |

**Subject - RALPH, MICHAEL - Personal Description**

| | |
|---|---|
| Ethnicity | AMERICAN |
| Height | 603 |
| Weight | 325 |
| Eye Color | BROWN |
| Hair Color | BLACK |
| Complexion | MEDIUM |
| SS Number | 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 |

**Subject - RALPH, MICHAEL - Related Addresses**

| Address | Building | Unit | City | State | Relationship |
|---|---|---|---|---|---|
| 288 ABRAHAM COURT | | | NEWPORT NEWS | VA | HOME ADDRESS |

Continued On Next Page

report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

CI 07/17/2002 6:06 PM

# Metropolitan Police Department
## WACIIS Investigative Supplement Report

Supplement Number CF02-457/1                                           Report Date       07/16/2002

*Continued From Previous Page*

## Supplement Subject #3, Suspect #1, Ralph, Michael

### Subject - RALPH, MICHAEL - Related Subjects

| Subject Name | Age | DOB | Sex | Race | Relationship |
|---|---|---|---|---|---|
| EMENOGA, CHARLES IKE | 41 | 07/29/1960 | MALE | BLACK | CRIMINAL ASSOCIATE |
| MARSHALL, ORLANDO ANDRE | 31 | 11/21/1970 | MALE | BLACK | CRIMINAL ASSOCIATE |

## Supplement Subject #4, Suspect #1, Simmons, Dwayne Eric

### Primary Information

| | |
|---|---|
| Record Type | PERSON |
| Subject Name | SIMMONS, DWAYNE ERIC |
| Race | BLACK |
| Sex | MALE |
| Birth Date | 05/08/1970 |
| Age | 32 |
| Juvenile | NO |
| Place Of Birth | VA |

### Subject - SIMMONS, DWAYNE ERIC - Personal Description

| | |
|---|---|
| DL Number | T60311900 |
| DL State | VIRGINIA |
| SS Number | 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 |

### Subject - SIMMONS, DWAYNE ERIC - Related Addresses

| Address | Building | Unit | City | State | Relationship |
|---|---|---|---|---|---|
| 121 CANDLEWOOD WAY | | | NEWPORT NEWS | VA | HOME ADDRESS |

### Subject - SIMMONS, DWAYNE ERIC - Related Subjects

| Subject Name | Age | DOB | Sex | Race | Relationship |
|---|---|---|---|---|---|
| EMENOGA, CHARLES IKE | 41 | 07/29/1960 | MALE | BLACK | CRIMINAL ASSOCIATE |
| MARSHALL, ORLANDO ANDRE | 31 | 11/21/1970 | MALE | BLACK | CRIMINAL ASSOCIATE |
| RALPH, MICHAEL | 33 | 06/05/1969 | MALE | BLACK | CRIMINAL ASSOCIATE |

## Supplement Address #1, Occurred Location #1, 103 G St Sw

### Primary Information

| | |
|---|---|
| Address | 103 G ST SW |
| Qualifier | B109 |
| City Name | Washington |
| State | DISTRICT OF COLUMBIA |
| Country | UNITED STATES |

*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

## Metropolitan Police Department
### WACIIS Investigative Supplement Report

lement Number **CF02-457/1**  Report Date  **07/16/2002**

*Continued From Previous Page*

**Supplement Address #1, Occurred Location #1, 103 G St Sw**

| Comment | Comment |
|---|---|

**Address - 103 G ST SW - Related Subjects**

| Subject Name | Age | DOB | Sex | Race | Relationship |
|---|---|---|---|---|---|
| MARSHALL, ORLANDO ANDRE | 31 | 11/21/1970 | MALE | BLACK | HOME ADDRESS |

**Address - 103 G ST SW - Related Telephones**

| Telehphone Number | Relationship |
|---|---|
| (202) 863-4403 | LOCATION |

**Record Status Information**

| | |
|---|---|
| Record Origination Operator | TUCCI, VINCENT J (D2-222) |
| Record Origination Date | 07/16/2002 21:19:12 |
| Last Update Operator | TUCCI, VINCENT J (D2-222) |
| Last Update Date | 07/17/2002 09:02:42 |

| Investigator | Date | Supervisor | Date |
|---|---|---|---|
| TUCCI, VINCENT J (D2-222) | | | |
| | | | |

s report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

CCI 07/17/2002 6:06 PM

# Metropolitan Police Department
## WACIIS Investigative Supplement Report

Supplement Number CF02-457/2                                    Report Date    07/17/2002

### Supplement Report Information
| | |
|---|---|
| Number | CF02-457/2 |
| Date | 7/17/2002 |
| Type Of Report | PD854 INVESTIGATIVE REPORT |
| Description | RUNNING RESUME |
| Occurence Date | 5/7/2001 |
| Detective | TUCCI, VINCENT J (D2-222) |

### Synopsis
ATTEMPTED TO INTERVIEW CHARLES EMORE. DATE THE CONTACTED ATTORNEY AND CANCELLED

### Narrative
ATTEMPTED TO INTERVIEW CHARLES EMORE. DATE THE CONTACTED ATTORNEY AND CANCELLED. MR. EMORE CANCELLED THE INTERVIEW THROUGH HIS ATTORNEY JENSEN BARBER (202) 737-8511.

### Supplement Subject #1, Suspect #1, Emenoga, Charles Ike

#### Primary Information
| | |
|---|---|
| Record Type | PERSON |
| Subject Name | EMENOGA, CHARLES IKE |
| Race | BLACK |
| Sex | MALE |
| Birth Date | 07/29/1960 |
| Age | 41 |
| Juvenile | NO |

#### Subject - EMENOGA, CHARLES IKE - Aliases
CHARLES EMERSON
CHARLES EMORE
CHARLES SUNSHINE

#### Subject - EMENOGA, CHARLES IKE - Personal Description
| | |
|---|---|
| DL Number | E560115336594 |
| DL State | MARYLAND |

#### Subject - EMENOGA, CHARLES IKE - Related Addresses
| Address | Building | Unit | City | State | Relationship |
|---|---|---|---|---|---|
| 1130 6TH ST NW | | | Washington | DC | WORK ADDRESS |

#### Subject - EMENOGA, CHARLES IKE - Related Subjects
| Subject Name | Age | DOB | Sex | Race | Relationship |
|---|---|---|---|---|---|
| RALPH, MICHAEL | 33 | 06/05/1969 | MALE | BLACK | CRIMINAL ASSOCIATE |
| SIMMONS, DWAYNE ERIC | 32 | 05/08/1970 | MALE | BLACK | CRIMINAL ASSOCIATE |

### Supplement Address #1, Occurred Location #1, 1130 6th St Nw
#### Primary Information

Continued On Next Page

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

Page 1 of 2

JCCI 07/17/2002 6:06 PM

# Metropolitan Police Department
## WACIIS Investigative Supplement Report

| Supplement Number CF02-457/2 | Report Date | 07/17/2002 |
|---|---|---|

*Continued From Previous Page*

### Supplement Address #1, Occurred Location #1, 1130 6th St Nw

| | |
|---|---|
| Address | 1130 6TH ST NW |
| City Name | Washington |
| State | DISTRICT OF COLUMBIA |
| Country | UNITED STATES |
| Comment | Comment |

### Address - 1130 6TH ST NW - Related Subjects

| Subject Name | Age | DOB | Sex | Race | Relationship |
|---|---|---|---|---|---|
| EMENOGA, CHARLES IKE | 41 | 07/29/1960 | MALE | BLACK | WORK ADDRESS |
| SUNRISE ACADEMY | | | | | WORK ADDRESS |

### Record Status Information

| | |
|---|---|
| Record Origination Operator | TUCCI, VINCENT J (D2-222) |
| Record Origination Date | 07/17/2002 17:56:33 |
| Last Update Operator | TUCCI, VINCENT J (D2-222) |
| Last Update Date | 07/17/2002 18:06:02 |

| Investigator | Date | Supervisor | Date |
|---|---|---|---|
| TUCCI, VINCENT J (D2-222) | | | |

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

Page 2 of 2

JCCI 07/17/2002 6:06 PM

**Supplement Number: CF02-457/1**

### AutoShow Images



FRONT OF 103 G ST SW | SIDE OF 103 G ST SW | FRONT OF 109 G ST SW | FRONT OF 1130 6TH ST NW | FRONT OF 1129 6TH ST NW

### Primary Information

| | |
|---|---|
| Supplement Number: | CF02-457/1 |
| Report Date: | 07/16/2002 |
| Reporting Detective: | TUCCI, VINCENT J (D2-222) |
| Occurrence Date: | 07/24/2001 |
| Brief Description: | INITIAL INVESTIGATION |
| Type Of Report: | PD854 INVESTIGATIVE REPORT |

### Synopsis

Theft of $500,000.00 of Computers from Gateway

### Related Addresses

| | Address | Building | Unit Number | City | State | Zip Code | Relationship |
|---|---|---|---|---|---|---|---|
| 1. | 103 G ST SW | — | B109 | Washington | DISTRICT OF COLUMBIA | — | OCCURRED LOCATION |

### Related Subjects

| | Name | Age | DOB | Sex | Race | Relationship |
|---|---|---|---|---|---|---|
| 1. | EMENOGA, CHARLES IKE | 41 | 7/29/1960 | MALE | BLACK | SUSPECT |
| 2. | MARSHALL, ORLANDO ANDRE | 31 | 11/21/1970 | MALE | BLACK | SUSPECT |
| 3. | RALPH, MICHAEL | 33 | 6/5/1969 | MALE | BLACK | SUSPECT |
| 4. | SIMMONS, DWAYNE ERIC | 32 | 5/8/1970 | MALE | BLACK | SUSPECT |

### Narrative

Narrative Document

### Related Object Files

| Description | Mime Type | Record Origination |
|---|---|---|
| 1. FRONT OF 103 G ST SW | image/pjpeg | 7/17/2002 8:59:23 AM |
| 2. SIDE OF 103 G ST SW | image/pjpeg | 7/17/2002 8:59:57 AM |
| 3. FRONT OF 109 G ST SW | image/pjpeg | 7/17/2002 9:00:53 AM |
| 4. FRONT OF 1130 6TH ST NW | image/pjpeg | 7/17/2002 9:01:51 AM |
| 5. FRONT OF 1129 6TH ST NW | image/pjpeg | 7/17/2002 9:02:33 AM |

### Report Status Information

Record Origination Operator: TUCCI, VINCENT J (D2-222)
Record Origination Date: 07/16/2002 21:19:12
Last Update Operator: TUCCI, VINCENT J (D2-222)
Last Update Date: 07/17/2002 9:02:42

### Record Status Information

Record Origination Operator: TUCCI, VINCENT J (D2-222)
Record Origination Date: 07/16/2002 21:19:12
Last Update Operator: TUCCI, VINCENT J (D2-222)
Last Update Date: 07/17/2002 9:02:42

This report is the property of the Metropolitan Police Department. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

**Metropolitan Police Department**
*WACIIS Investigative Supplement Report*

Supplement Number **CF02-457/3**　　　　　　　　　　Report Date　07/18/2002

### Supplement Report Information

| | |
|---|---|
| Number | CF02-457/3 |
| Date | 7/18/2002 |
| Type Of Report | PD854 INVESTIGATIVE REPORT |
| Description | RUNNING RESUME |
| Occurence Date | 7/24/2001 |
| Detective | TUCCI, VINCENT J (D2-222) |

### Synopsis
Interview with Abdul Jalloh at the Prince Georges County States attorney's office.

### Narrative
Detective Tucci responded to the offices of the Maryland States to interview Mr. Jalloh with his attorney, Richard Finci (301) 459-8200. They declined to continue the debriefing because of the impending charges in Washington, DC. They were interested in debriefing in the District.

The photo spread for Dwayne Simmons was placed onto compact disc and attached to this file. Attorney for Charles Emengoa, Jensen Barber called and wanted to set up a debriefing for Tuesday or Wednesday of next week.

### Supplement Subject #1, Suspect #1, Jalloh, Abdul Silla

#### Primary Information

| | |
|---|---|
| Record Type | PERSON |
| Subject Name | JALLOH, ABDUL SILLA |
| Race | BLACK |
| Sex | MALE |
| Birth Date | 05/13/1957 |
| Age | 45 |
| Juvenile | NO |
| Place Of Birth | SEIRRA LEONE |

#### Subject - JALLOH, ABDUL SILLA - Personal Description

| | |
|---|---|
| Height | 508 |
| Weight | 170 |
| Eye Color | BROWN |
| Hair Color | BLACK |
| Complexion | MEDIUM |
| DL Number | J400029766364 |
| DL State | MARYLAND |
| Photo | YES |

#### Subject - JALLOH, ABDUL SILLA - Employment Information

| | |
|---|---|
| Employed | YES |
| Occupation | CASE WORKER |

#### Subject - JALLOH, ABDUL SILLA - Related Addresses

| Address | Building | Unit | City | State | Relationship |
|---|---|---|---|---|---|
| 3813 64TH AVE | | 1 | HYATTSVILLE | MD | HOME ADDRESS |
| 400 6TH ST SW | | | Washington | DC | WORK ADDRESS |

*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

# Metropolitan Police Department
*WACIIS Investigative Supplement Report*

Supplement Number CF02-457/3　　　　　　　　　　Report Date　　07/18/2002

*Continued From Previous Page*

## Supplement Subject #1, Suspect #1, Jalloh, Abdul Silla

### Subject - JALLOH, ABDUL SILLA - Related Subjects

| Subject Name | Age | DOB | Sex | Race | Relationship |
|---|---|---|---|---|---|
| CHILD AND FAMILY SERVICES | | | | | EMPLOYER |
| EMENOGA, CHARLES IKE | 41 | 07/29/1960 | MALE | BLACK | ASSOCIATE |
| MARSHALL, ORLANDO ANDRE | 31 | 11/21/1970 | MALE | BLACK | ASSOCIATE |
| RALPH, MICHAEL | 33 | 06/05/1969 | MALE | BLACK | ASSOCIATE |
| SIMMONS, DWAYNE ERIC | 32 | 05/08/1970 | MALE | BLACK | ASSOCIATE |

### Subject - JALLOH, ABDUL SILLA - Related Telephones

| Telephone Number | Relationship |
|---|---|
| (202) 727-7641 | BUSINESS WORK |
| (301) 943-2608 | HOME PHONE |

### Subject - JALLOH, ABDUL SILLA - Criminal History

| Date | Description |
|---|---|
| 06/19/2002 | THEFT SCEME IN PRINCE GEORGES COUNTY, MD |

### Record Status Information

| | |
|---|---|
| Record Origination Operator | TUCCI, VINCENT J (D2-222) |
| Record Origination Date | 07/18/2002 15:47:08 |
| Last Update Operator | TUCCI, VINCENT J (D2-222) |
| Last Update Date | 07/18/2002 16:46:29 |

| Investigator | Date | Supervisor | Date |
|---|---|---|---|
| TUCCI, VINCENT J (D2-222) | 7/18/02 | | |

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel