# Exhibit G

Hampton Theft Investigation

Briefing #2

June 27, 2002

On 6/17/02 I returned to the Hampton Facility in an effort to coordinate interviews of employees after Prince George's County PD execution of a search warrant of Abdul Jalloh's residence in Hyattsville, MD on 6/19/02.

Law enforcement officers executed this search warrant where a variety of Gateway merchandise was seized as well as personal documents belonging to Abdul Jalloh. The computers seized were later identified as being on our compiled list of stolen merchandise reported to the Hampton PD.

During his interview Abdul indicated that an individual named Orlando Marshall was responsible for sending this merchandise to him. Abdul advised that he met Orlando in a nightclub in Washington, DC where Abdul agreed to having Gateway merchandise sent to his residence. Abdul said that he even purchased a computer from Orlando for $1,000. He further advised that, upon returning from work, Orlando would be at his residence accepting the deliveries from UPS, discard the boxes, and drive away with the computers.

For the remainder of last week and into this week we attempted to find links between past and present employee's and Mr. Marshall or Abdul Jalloh. The following areas were searched: Outgoing calls from Gateway to suspect phone numbers, HR file inspection of employees identified as possible leads, inspection of credit address histories often 2-3 generations in depth, and with the assistance of the Hampton Police Department, ran backgrounds of addresses, phones, and names of possible leads. We also met face to face with individuals at addresses where merchandise was sent in Virginia and Washington D.C. The Hyattsville PD allowed us to inspect the seized property of Mr. Jallow. With the computers seized, they will be sent to the forensic arm of the Prince George's PD for inspection. The response from law enforcement is encouraging as we have now established contacts with agencies in three states where merchandise was shipped.

Through the assistance of the Hampton police department we have now gathered Orlando's cell phone records. These are currently being analyzed for connection to the Hampton area. Washington D.C. police are gathering information on the shipment addresses to possibly execute search warrants.

Our plan is to analyze the cell phone records, compare those to employee's numbers, and if need be, subpoena those documents. We are in the process of obtaining PeopleSoft records of past and present employee's in an effort to determine links with phone numbers we have collected from Sprint. We will do the same with Gateway issued cell phone information.