UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> CHARLES EMOR, ) <br> ) <br> Defendant ) <br> ) | Crim. Action No. 06-0064 (JR) <br><br> **FILED** <br><br> FEB 2 0 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### NOTICE OF FILING

COMES NOW the Defendant, Charles Emor, by his undersigned counsel, and hereby gives notice that he is hereby filing Exhibit E to his Memorandum of Points and Authorities in Support of Motion for New Trial. Exhibit E is a videotape of a July 12, 2002 statement by Orlando Marshall to MPD Det. Vincent Tucci and Special Agent Winkley and, as such, could not be filed electronically.

Respectfully submitted,

SCHERTLER & ONORATO, LLP

_____
David Schertler (D.C. Bar No. 367203)
Danny Onorato (D.C. Bar No. 480043)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Tel. (202) 628-4199
Fax: (202) 628-4177

**RECEIVED**

FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by First-class mail, postage prepaid, this 20th day of February, 2007 upon Assistant United States Attorney Roy L. Austin, Jr., Esq., counsel for the government.

_____
Danny Onorato