UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Cr. No. 06-64 (JR) |
| v. | : | |
| | : | |
| | : | |
| CHARLES EMOR | : | |
| | : | Sentencing: March 16, 2007 |
| Defendant. | : | |
| | : | |
| | : | |

## PROPOSED ORDER

Having reviewed the government's motion for leave to late file opposition to defendant's second motion for a new trial, the Court hereby grants the government's motion and the government's opposition shall be filed on March 5, 2007.

_____
Judge James Robertson