### Orlando Marshall Interview
### [Two investigators and Mr. Marshall, all male]

**Investigator 1:**  Mr. Marshall…alright, today is July, the twelfth, I believe it is. I have a time of 14:17, or 2:17 PM. Present in the room today are Special Agent Eddie Wintley with the Federal Bureau of Investigation in Area Fraud Task Force, United Secret Service. Detective Mensen Tucchi (00:59) of the Metropolitan Police Department, Washington, D.C. And Mr. Orlando Andre Marshall. Mr. Marshall is here of his own free will. Is that correct, Mr. Marshall?

**Orlando Marshall:**  Yes.

**Investigator 1:**  Okay, and you are aware that you are not under arrest at this time?

**Orlando Marshall:**  Yes.

**Investigator 1:**  And that you are not being arrested today. Is that correct?

**Orlando Marshall:**  Yes.

**Investigator 1:**  Okay. Mr. Marshall's home at 103 G Street, Southwest, Apartment B109, is the subject of a search warrant in reference to an investigation of approximately $500,000 worth of computer equipment that was shipped from Gateway's Hampton facilities to various locations in the United States, to include Mr. Marshall's apartment. Mr. Marshall, we spoke to you earlier, is that correct?

**Orlando Marshall:**  Yes.

**Investigator 1:**  Alright, we had a discussion concerning some of the activities and deliveries that were shipped to your home at 103 G Street, SW. Is that correct?

**Orlando Marshall:**  Yes.

**Investigator 1:**  Okay. And we went over a spreadsheet provided by Gateway computers to myself and Agent Wintley. And we went over certain pieces of information on that fact sheet, correct?

**Orlando Marshall:**  Yes.

**Investigator 1:**  We have listed a couple of different names to you at the address 103 G Street, SW, Washington D.C., one of them being Andrea Marshall, Andre Marshall, Orlando Marshall. Also, Sophia Bashir, and I believe that was it for that particular address. Are those all names that you are familiar with?

**Orlando Marshall:**  Yes.

1

**Investigator 1:** And those shipments that were listed, is it fair for me to say that you received those shipments at that address?

**Orlando Marshall:** Yes.

**Investigator 1:** Okay. Mr. Marshall why don't you tell me how you became involved to receiving these shipments from Gateway computers.

**Orlando Marshall:** I became involved through my cousin Michael Ralph. He, in turn, had a friend, Dwayne Simmons, who was an employee at Gateway. They instructed me that they were able to get computers from the facility and if I knew of anybody who was interested in purchasing computers. To buy them with their address and then let them know what the cost of the computers would be. They, in turn, ship the computers to those addresses.

**Investigator 1:** Okay. When you were made aware of this situation, excuse me, what role did you play in dealing with this?

**Orlando Marshall:** I provided the addresses to Michael Ralph and he, in turn, provided the address to Dwayne Simmons. On occasion, I would collect the funds and I would give the proceeds to Mike.

**Investigator 1:** When you received or when you got somebody that wanted to purchase a computer, how would that process work on occasions? You would get the person and you would give the information to Mike?

**Orlando Marshall:** They would give me their address. I would, in turn, give the address to Mike. Who would then, in turn, give the address to Dwayne.

**Investigator 1:** Okay. The transfer of money for the purpose of paying for the computer, how would that take place?

**Orlando Marshall:** It depended on the situation. A lot of times, I directly connected Mike to the person who was purchasing the computer. If I felt that they might not pay, I would get involved and I would collect the money and I would get the money up front and give it to him.

**Investigator 1:** When you say directly connected the customer with Michael, how? Explain that.

**Orlando Marshall:** I would give…I would pass either their number onto Mike or vice versa, pass his number onto them.

**Investigator 1:** Okay. And some of those shipments were to addresses in Washington, D.C.?

**Orlando Marshall:** Yes.

**Investigator 1:** Okay. Now you had told me during prior conversation that you received some of the Gateway computers at your apartment on G Street for someone else.

**Orlando Marshall:** Yes.

**Investigator 1:** And who was that person?

**Orlando Marshall:** Abdul Jallo.

**Investigator 1:** Okay, and explain to me why Mr. Jallo had computers sent from Gateway to your home address.

**Orlando Marshall:** Well, Mike instructed me that they could only send two shipments per household, two computers per household, so Abdul needed another address. He had a lot of people attempting to purchase computers and he needed another address to send the computers to, so, I permitted my address to be used.

**Investigator 1:** Did you ever take computers from your home address to Abdul's house?

**Orlando Marshall:** Yes.

**Investigator 1:** And how did you do that?

**Orlando Marshall:** I transported them in my car.

**Investigator 1:** And you took them to Abdul's address, where?

**Orlando Marshall:** Actually, I would meet Abdul near his house, in a parking lot, near his apartment complex. I never actually went into his apartment.

**Investigator 1:** When you would meet him, was it a parking lot in Maryland, D.C., Virginia?

**Orlando Marshall:** In Maryland.

**Investigator 1:** Now, concerning…I've gone over some of the names on the list, on the spreadsheet, and you indicated to me, on some occasions that you either connected these people with Michael or helped do the transaction yourself. I'm going to read over some of those names and make sure which ones occurred in what fashion. Fonderoy Henkerson.

**Orlando Marshall:** Yes.

**Investigator 1:** Okay, now what happened with Mr. or Mrs. Is it Mr. or Mrs. Henkerson?

**Orlando Marshall:** Miss.

**Investigator 1:** Miss Henkerson. Excuse me. What transpired? Did you hook them up with Michael or did you conduct the transaction personally?

**Orlando Marshall:** I conducted the transaction personally.

**Investigator 1:** Okay. So she expressed an interest to you that she wanted to purchase a computer.

**Orlando Marshall:** Yes.

**Investigator 1:** And she told you what she needed.

**Orlando Marshall:** Yes.

**Investigator 1:** And you told her how much it would be.

**Orlando Marshall:** Yes.

**Investigator 1:** How much did you charge her for this particular computer? Do you recall?

**Orlando Marshall:** $400.

**Investigator 1:** And do you remember, by chance, what she purchased?

**Orlando Marshall:** No. I mean…

**Investigator 1:** Was it two systems or one system?

**Orlando Marshall:** She purchased two systems.

**Investigator 1:** And that was $400 for each system?

**Orlando Marshall:** Yes.

**Investigator 1:** Now, does another gentleman…and that was back in 2001, correct?

**Orlando Marshall:** Correct.

**Investigator 1:** Do you remember the date?

4

**Orlando Marshall:** No.

**Investigator 1:** If I told you the date would you remember?

**Orlando Marshall:** No.

**Investigator 1:** Would you be able to tell me what time of year it was?

**Orlando Marshall:** I couldn't even recall. There was so much…so many transactions. I couldn't begin to tell you.

**Investigator 1:** Okay. I am going to talk to you about Mr. Truman Heart. You indicated to me that you knew that individual. Correct?

**Orlando Marshall:** Yes.

**Investigator 1:** And there was some computer equipment shipped to his address.

**Orlando Marshall:** Her.

**Investigator 1:** Her address.

**Orlando Marshall:** Yes.

**Investigator 1:** Okay. Now what happened with that particular transaction?

**Orlando Marshall:** Again, I set it up. I provided Mike with her address. He sent it to her. She, in turn, gave me the money and I turned over the money to him.

**Investigator 1:** Okay. So when you turned money over to Mike for the sale of computers, how did that go down?

**Orlando Marshall:** Either I would meet Mike somewhere or we would meet at a neutral site or he would come to D.C., often as he did. He came quite a lot.

**Investigator 1:** For this particular transaction, do you remember where you gave him the money or how?

**Orlando Marshall:** No.

**Investigator 1:** Or how?

**Orlando Marshall:** No.

**Investigator 1:** Jamal Humes. Holmstead Avenue, the Bronx, New York. Tell me about that transaction.

**Orlando Marshall:**  I gave Jamal my cousin's number and I told him that it was okay, that Jamal was cool. And they made that transaction themselves.

**Investigator 1:**  So you basically gave Jamal your cousin's number.

**Orlando Marshall:**  Correct.

**Investigator 1:**  For the purpose of Jamal purchasing a computer.

**Orlando Marshall:**  Yes.

**Investigator 1:**  Charles Sunrise.

**Orlando Marshall:**  Again, I put them in contact with Charles Emor and they made those purchases, so I have no involvement.

**Investigator 1:**  Do you know Charles by any other name? Obviously, you know him as Charles Emor and you know him as Charles Sunrise.

**Orlando Marshall:**  Well, I know the name of his organization is Sunrise Academy but I don't know him by any other name.

**Investigator 1:**  Okay. There were some deliveries sent in the name of Sophia Bashir to you at 103 G Street SW, Washington, D.C. Are you familiar with that?

**Orlando Marshall:**  Yes.

**Investigator 1:**  And why were they shipped in that name?

**Orlando Marshall:**  Because they felt too much…too many computers were coming in my name and Sophia was residing with me at the time and they put them in her name.

**Investigator 1:**  I am going to ask you about the name David Clay Gross. You did the transaction for Fonderoy Henkerson?

**Orlando Marshall:**  Yes.

**Investigator 1:**  You did that personally, correct?

**Orlando Marshall:**  Yes.

**Investigator 1:**  Did you ever give Fonda your cousin's telephone number?

**Orlando Marshall:**  I can't recall that I did, but I may have. I can't recall. I believe at some point I did, but I am not totally sure.

6

**Investigator 1:**  Okay. So you told me you didn't know David Clay Gross.

**Orlando Marshall:**  No.

**Investigator 1:**  But I am looking at this spreadsheet and David Clay Gross and Fonderoy Henkerson have the same address.

**Orlando Marshall:**  Right. And they might have…she might have gave…I can't remember if I gave her the number to him or not. But I believe she used another name to give to Mike for the purposes of sending computers.

**Investigator 1:**  And why do you believe that?

**Orlando Marshall:**  I don't think she wanted to use her name.

**Investigator 1:**  So you think she made another purchase around your back.

**Orlando Marshall:**  Yes. I mean it wasn't necessarily around my back. People are free to deal as they want.

**Investigator 1:**  Okay. The name Andrea Marshall shows up at 103 G Street SW, Washington, D.C. Were there items shipped to you under that name?

**Orlando Marshall:**  Yes. And I had no part in changing the names. They did it on their own. But it was my middle name and I guess they decided to deviate from my name, but I had no say so in it

**Investigator 1:**  But you knew when the items were shipped under that name to your address? That they were for you to take care of?

**Orlando Marshall:**  Yes. Yes.

**Investigator 1:**  Okay. And there were items also shipped to you under the name Orlando Marshall. Is that correct?

**Orlando Marshall:**  Yes.

**Investigator 1:**  You indicated to me during our prior conversation that you had set up the deal, or made the deal for David Poe.

**Orlando Marshall:**  Pew.

**Investigator 1:**  Pew. At the Cedar…at the C Chargeable. Is that correct?

**Orlando Marshall:**  Yes.

**Investigator 1:** And how did you conduct that transaction?

**Orlando Marshall:** He told me he was looking for a computer. I passed his name and address on. When the computer arrived, I collected the proceeds and turned it into Mike.

**Investigator 1:** Okay. And when you turned them over to Mike, do you remember how you did that? Did he come up to D.C. to meet you? did you drive to Virginia to meet? Did you…?

**Orlando Marshall:** I believe he came to D.C. Again, he came, pretty much a lot, to D.C. There were very few times where I went to Virginia to meet him. But he would come to D.C. to get the money.

**Investigator 1:** Now, we also discussed the name Sylvester Judge.

**Orlando Marshall:** Yes.

**Investigator 1:** Tell me about that transaction.

**Orlando Marshall:** He's an employee where I am employed at. He told me he was interested in purchasing a computer. He gave me his address. He, in turn, when the computer arrived he gave me the money and I turned it over to Mike.

**Investigator 1:** And that computer was shipped to Alexandria, Virginia?

**Orlando Marshall:** I believe so, yes.

**Investigator 1:** Some more items that I have noted with variations of your name, either your first or your middle name and last name, Marshall. You are aware of those, right?

**Orlando Marshall:** Yes.

**Investigator 1:** And those were deliveries that were accepted by you, either at your home or picked up from a parcel service?

**Orlando Marshall:** Yes.

**Investigator 1:** Tell me more about Abdullah Jallo.

**Orlando Marshall:** Abdul…I met Abdul through my ties, I work at the CFSA. Abdul told me he knew of people who wanted to purchase computers. I, in turn, turned him onto Mike, I passed him along. They started doing business. Later on they told me that they needed another address to send the computers to and I began to send them.

**Investigator 1:**  During a prior conversation, after we served the search warrant at your home address, you were allowed to go to work, is that correct?

**Orlando Marshall:**  Yes sir.

**Investigator 1:**  During that time you were going to work or conducting your course of business, you indicated that you made a couple of phone calls. Is that correct?

**Orlando Marshall:**  Yes.

**Investigator 1:**  And who did you call?

**Orlando Marshall:**  I called Mike.

**Investigator 1:**  And just for the record, can you give me Mike's name.

**Orlando Marshall:**  Michael Ralph.

**Investigator 1:**  Okay. You called Mike and what did you talk to him about?

**Orlando Marshall:**  I told Mike that my house was searched and they were looking for Gateway computers.

**Investigator 1:**  What did Mike have to say about that?

**Orlando Marshall:**  Mike said that he figured they was going to come. He was like, they had served other people that he knew of and he said he didn't have anything to worry about because he didn't have any merchandise in his house.

**Investigator 1:**  And did he indicate to you what he did with the merchandise he had at some point?

**Orlando Marshall:**  No.

**Investigator 1:**  You also told me some more about the conversation, he indicated to you that he contacted someone or he was going to contact another person?

**Orlando Marshall:**  Yes. He, in turn, contacted Charles Emor and he told me that Emor wanted to talk to me, was it okay for him to give him my cell phone number and I said it was okay. He called me and I told him the same thing that I told Mike, that a search warrant was served on me and that they were looking for Gateway computers.

**Investigator 1:**  What else did Mr. Emor tell you during this conversation?

**Orlando Marshall:**  He told me that he didn't have any merchandise and you know, if they wanted to come and search they were more than welcome.

**Investigator 1:** Now, you had indicated to me that you were familiar with Mr. Emor's business.

**Orlando Marshall:** Yes.

**Investigator 1:** What is the name of that business?

**Orlando Marshall:** Sunrise Academy.

**Investigator 1:** And what is the purpose of that business?

**Orlando Marshall:** It is a special education school for emotionally disturbed children.

**Investigator 1:** And Mr. Emor, you indicated at some point Mr. Emor may have purchased some of the computers through your cousin and Mr. Simmons, is that correct?

**Orlando Marshall:** Yes.

**Investigator 1:** And what was the purpose for him purchasing those computers, did he ever tell you?

**Orlando Marshall:** To my knowledge, he was reselling the computers. He was pretty much buying them at a wholesale rate from them and reselling them.

**Investigator 1:** Are you aware of any business, besides the Sunrise Academy that Mr. Emor has?

**Orlando Marshall:** No.

**Investigator 1:** Does he own a computer shop or a pawn shop or anything of that nature?

**Orlando Marshall:** Not to my knowledge.

**Investigator 2:** Was he reselling the computers for a profit?

**Orlando Marshall:** Yes, to my knowledge he was.

**Investigator 2:** So, he was getting the computers for…what amount?

**Orlando Marshall:** I have no idea what they were…what he was selling…I do know he was selling them for less than what he was selling my people for, cause he was buying in large volumes.

**Investigator 1:** What was the price you were selling or Mike and Dwayne were selling?

**Orlando Marshall:** They went for between $350 and $400, depending on the model.

**Investigator 1:** And so, Mr. Emor would get a price at a discount for purchasing in bulk?

**Orlando Marshall:** From my understanding, they were less than that amount.

**Investigator 1:** And why is that your understanding?

**Orlando Marshall:** Because he was buying in large volumes.

**Investigator 1:** Now, let's get into the nuts and bolts of this whole operation. In the beginning you had indicated that people would come to either you or Abdul saying, "I need a computer, I need a computer". In the circumstances were set in motion, what took place at that point, step by step.

**Orlando Marshall:** Could you repeat the question?

**Investigator 1:** When someone would come to you and say, "I want a computer".

**Orlando Marshall:** Yes.

**Investigator 1:** Okay. What would happen?

**Orlando Marshall:** I would tell them the price. Usually it was no problem with the money. I would tell them to give me their address and I would have it…I would turn it over to Mike. It would take a couple days. The computers were sent. When the computer got sent, they knew that it got sent, so they would call me and tell me the computer was shipped. They would tell me to collect the money, so I would get the money and again, I would turn it over to Mike.

**Investigator 1:** Would these people pay cash? Would they pay by credit card? Would they pay by money order? Check?

**Orlando Marshall:** Cash.

**Investigator 1:** Okay.

**Orlando Marshall:** Cash.

**Investigator 1:** And did any of this cash ever go into anyone's bank accounts that you are aware of?

**Orlando Marshall:** Yes.

**Investigator 1:** Whose?

**Orlando Marshall:** Mike's.

**Investigator 1:** And how do you know that it would go to Mike's bank account?

**Orlando Marshall:** Cause sometimes I would put it in there.

**Investigator 1:** Would you wire it down or would you…?

**Orlando Marshall:** No. I would just go in. I had his account number. I would put it in there.

**Investigator 1:** What bank was it?

**Orlando Marshall:** Bank of American Nations (22:00)

**Investigator 2:** Would you put it in a deposit, a night deposit, or take it up to the window?

**Orlando Marshall:** Take it up to the window.

**Investigator 1:** Okay. Now, you in…[voices talking over each other]…go ahead.

**Investigator 2:** The normal selling price for those computers, what was the range? The regular selling price that Gateway would charge for the computers?

**Orlando Marshall:** I really had…it depended on the model. And when people inquired about the computers, I would tell them what I was told. That I really had no idea which model they would get. I think the most expensive one was the 700XL. But it could be anywhere from the 500 series which was, you know, maybe, $1200 all the way up to $2500.

**Investigator 2:** And these computers would be sold for $400. Anywhere from $350 to $400?

**Orlando Marshall:** Yes.

**Investigator 1:** Now, we had mentioned a subject by the name of Dwayne Simmons.

**Orlando Marshall:** Yes.

**Investigator 1:** How do you know him?

**Orlando Marshall:** I knew Dwayne through my cousin, Michael Ralph.

12

**Investigator 1:** You knew him from your cousin Michael Ralph. Did you know him from any point before? Growing up, anything like that?

**Orlando Marshall:** No. I've known Dwayne…I've known about Dwayne probably since my teenage years, when him and Mike became friends. But I never hung out with him. You know, I would occasionally see him in a family setting but I never hung out with him or anything.

**Investigator 1:** And during the course of our discussion, before this taped interview we went over to my office and took a look at the computer monitor, is that correct?

**Orlando Marshall:** Yes.

**Investigator 1:** And you were shown six photographs?

**Orlando Marshall:** Yes.

**Investigator 1:** Is that correct?

**Orlando Marshall:** Yes.

**Investigator 1:** And you indicated, by pointing to, I believe it was photograph number 4, that you recognized the individual in that particular photograph, is that correct?

**Orlando Marshall:** Somewhat. I believe it was Dwayne Simmons photograph. I can't say for sure. I was maybe 50% sure it was him.

**Investigator 1:** And you had indicated your reasons for believing that it was 50%. Why don't you tell me about that?

**Orlando Marshall:** I haven't seen Dwayne in quite awhile, so I can't tell you. And like I said his appearance has changed over the years. I knew Dwayne when he was a smaller person. And since the last time I've seen him he had gained a considerable amount of weight.

**Investigator 1:** But you knew where Dwayne worked, right?

**Orlando Marshall:** Yes.

**Investigator 1:** And how did you know that?

**Orlando Marshall:** Through Mike.

**Investigator 1:** And you had indicated that you knew what Dwayne's position was with Gateway at the time he was employed with them, is that correct?

13

**Orlando Marshall:** No. When Dwayne…when they told me Dwayne was employed, I assumed he was in some kind of supervisory position just based on the fact that I knew he had spent some time in college and I made the assumption that somebody who went to college wouldn't be working on the assembly line or pushing the broom at Gateway.

**Investigator 1:** But you knew he was in a position with Gateway to have these computers shipped?

**Orlando Marshall:** Yes.

**Investigator 1:** From there?

**Orlando Marshall:** Yes.

**Investigator 1:** To anywhere he chose to, basically.

**Orlando Marshall:** Yes.

**Investigator 2:** Could you give us a description…the last time you had seen Mr. Simmons, could you give us a description of him?

**Orlando Marshall:** Dwayne is brown complected, maybe 6'2" - 6'1", 6'2". The last time I had seen him he was probably weighing roughly 260 to 270 pounds.

**Investigator 1:** And you indicated you knew where he went to school, is that correct?

**Orlando Marshall:** He did attend Norfolk State University for a brief period with me. Where he went from there, I don't know.

**Investigator 1:** And you knew where he grew up, is that correct?

**Orlando Marshall:** Yes.

**Investigator 1:** Do you remember what street he grew up on?

**Orlando Marshall:** No.

**Investigator 1:** Do you know what part of what was Hampton he grew up in?

**Orlando Marshall:** You understand about geographics of that hood.

**Investigator 2:** No sir.

**Orlando Marshall:** Norfolk and Hampton Roads, you don't really know one city or the other one. We primarily grew up in Newport News. But I moved to Hampton when I was about…when I was in the 6th grade.

14

**Investigator 2:**  I don't know whether or not we ever mentioned it, but you had a girlfriend who had signed for some of the computers also.

**Orlando Marshall:**  Yes.

**Investigator 2:**  Could you state her name?

**Orlando Marshall:**  Sophia Bashir.

**Investigator 2:**  Okay. Did she only sign for computers that were in her name or did she sign for some of the computers that also came in your name?

**Orlando Marshall:**  She signed for stuff that was in my name also.

**Investigator 2:**  Along with her name.

**Orlando Marshall:**  Yes.

**Investigator 1:**  And why did she sign for any of the computers, whether they were in your name or her name?

**Orlando Marshall:**  She was living with me at the time and basically I told her to sign for anything that came to the house.

**Investigator 1:**  Did you tell her what was going on?

**Orlando Marshall:**  No, I didn't.

**Investigator 1:**  Did she ever ask you why you were getting all these computers?

**Orlando Marshall:**  She did at some point and I pretty much shunned her and told her, you know, it ain't none of your business. But she was upset and that was part of my reason for stopping, she told me, you know, you're not being given anything for it; why, you know, you putting yourself in jeopardy.

**Investigator 1:**  Now with some of the deliveries that were sent up to D.C. may have been signed for by Michael, is that correct?

**Orlando Marshall:**  Yes, I believe that Mike was in my apartment. He came over. He came up one time and a package came while he was at my apartment. He came up to D.C. to collect money and he was in my apartment when the shipment came, I believe yes.

**Investigator 1:**  And do you remember roughly about when that was?

**Orlando Marshall:**  It was sometime in May. It was May of 2002.

**Investigator 1:**  And was that one of the last shipments that you got?

**Orlando Marshall:**  Roughly around there.

**Investigator 1:**  Would he have been up in March at all?

**Orlando Marshall:**  He might have. Mike was coming back and forth, up to D.C. Again, he lived here with his mother for a time and he has, you know, people that he comes up and visits.

**Investigator 2:**  Going back to Mr. Simmons, is he still employed with Gateway, to your knowledge?

**Orlando Marshall:**  To my knowledge, he is not. To my knowledge, he is now employed with Anheuser-Busch.

**Investigator 2:**  Some of the computers were being delivered after his termination from Gateway. Is it your understanding that someone took over the operation when he left?

**Orlando Marshall:**  Yes.

**Investigator 2:**  Okay. Who did you get that information from?

**Orlando Marshall:**  I got that from Mike.

**Investigator 2:**  Do you know who that individual is?

**Orlando Marshall:**  No, I don't.

**Investigator 1:**  And just to step back a second, you indicated that Mike may be working for Anheuser-Busch?

**Orlando Marshall:**  Dwayne.

**Investigator 1:**  Dwayne, I'm sorry. Dwayne may be working for Anheuser-Busch. Where? Is it in Newport News? Is it in Hampton?

**Orlando Marshall:**  I think Anheuser-Busch is in Williamsburg.

**Investigator 1:**  So, around Busch Gardens, maybe?

**Orlando Marshall:**  Yeah.

**Investigator 2:** The person that took over the operation from Mr. Simmons, have you…you haven't had any contact with that person?

**Orlando Marshall:** No.

**Investigator 2:** Okay. And…

**Orlando Marshall:** Mike holds the key to who that person is he would never…

**Investigator 1:** Okay. We are going to stop the tape for a second. We're going to flip it over, okay. You're doing great. Alright, we're back. We're running on video, but also audio feed backup. Now, go ahead.

**Investigator 2:** My question was: as far as Mike…Mike, he dealt with the new person that took over the operation for Mr. Simmons.

**Orlando Marshall:** Yes.

**Investigator 2:** And they continued to do business in this area, or just in…

**Orlando Marshall:** I'm assuming they kept business as usual.

**Investigator 1:** Now, is it your understanding that the operation, when you were a part of it, that they were working nationwide or up and down the East Coast?

**Orlando Marshall:** Up and down the East Coast from what I understood.

**Investigator 1:** And what do you base that understanding on?

**Orlando Marshall:** Conversations with Mike. He told me people were purchasing stuff all over.

**Investigator 1:** Now when he would tell you that. You understand how it kind of worked in the D.C. area with you and Abdul and they had somebody to go to and say, "Hey look, I'm looking for a computer". Did you ever hear them discuss who the people in the other areas were, maybe in North Carolina or New York?

**Orlando Marshall:** I knew about, somewhere in Michigan, he mentioned Michigan once, Atlanta. Those were the two places that I can recall him saying something about.

**Investigator 1:** Who were the hook-ups in Atlanta?

**Orlando Marshall:** I have no idea, I have no idea. My dealings was with people I knew and it was primarily through people I worked with.

**Investigator 1:** Now you have friends in Atlanta, right?

**Orlando Marshall:** I have some family in Atlanta. I have a friend in Atlanta, but I don't know a lot of people…I knew one person and I have a cousin in Atlanta.

**Investigator 1:** Now did you ever make the connection like you did up here, between Michael and any of the people you knew in Atlanta?

**Orlando Marshall:** No.

**Investigator 2:** You were talking about some people, you dealt mainly with people that you worked with, you have a part time job?

**Orlando Marshall:** Yes.

**Investigator 2:** And who is that with?

**Orlando Marshall:** City Public Charter School

**Investigator 2:** Okay. And some of the computers were sent to that location?

**Orlando Marshall:** Yes. Actually it was two.

**Investigator 2:** Was it sent to you there or to another individual?

**Orlando Marshall:** To another individual.

**Investigator 1:** And that was David Poe or Pew? And now, we had discussed basically before, what did you get out of it? What did you get out of this particular ring? Was it money? Was it status? Was it doing friends and family a favor?

**Orlando Marshall:** Primarily, it was doing a family friend, who was trying to get his business started; I was trying to help him out.

**Investigator 1:** And that family…

**Orlando Marshall:** Michael Ralph.

**Investigator 1:** And we had also discussed methods of payment with Michael.

**Orlando Marshall:** Yes.

**Investigator 1:** And did you ever write Michael checks as part of paying for, paying Michael for getting the computers?

**Orlando Marshall:** No. Those was actual personal loans. Any money that I gave Mike for this was cash transactions. I either deposited in his account. I met him on occasion at King's Dominion or he would often come to D.C. to collect the money.

**Investigator 1:** Would there be a time when a person purchasing a computer would give you a check because they didn't have the cash right on hand?

**Orlando Marshall:** No, I had a strict policy, you know, I didn't want any checks, cause I was afraid. Well, most of the people I knew…so I could put my hands…you know, I could see them. But I didn't want any checks, I wanted cash.

**Investigator 2:** Most of the proceeds from that operation were going towards Mike's new business, a business venture he was starting up?

**Orlando Marshall:** I don't know. I don't know how much Mike and Dwayne, I don't know what percentage rate or how much Mike kept or how much Dwayne kept. I never got into that. Me and him had a falling out about money. Like I said, every now and then when they felt the need to give me $50 or $100 here, you know, they would give it to me, but, you know, I knew I was giving them a lot of money and I didn't really get anything from them and after awhile, like I said, I started off to help him out and then I was like, I got to the point where I was like, "hey man, I helped you out, you know, what are you going to do for me?" And I never got anything.

**Investigator 1:** Over the course of this whole operation as you were involved in, would you be able to tell me or estimate about how much money you received as a result?

**Orlando Marshall:** I would say probably…I can say maybe $40,000.

**Investigator 1:** You received $40,000?

**Orlando Marshall:** For myself?

**Investigator 1:** Yeah.

**Orlando Marshall:** Oh. No, no. For myself, I got maybe $1,000 of that.

**Investigator 1:** So, does it surprise you that we have been able to track roughly alone, just to your name and the variations of it 120 pieces. Would that surprise you?

**Orlando Marshall:** Could you repeat that?

**Investigator 1:** In deliveries to your G Street address…

**Orlando Marshall:** Yes.

**Investigator 1:** Would it surprise you if I said that you received probably about 122 pieces?

**Orlando Marshall:** I didn't think it was that many. I mean, I never kept a count, but, you know, they were coming pretty regularly. You know, sometimes 4 in one week. Not at the same time, but they were coming pretty steadily.

**Investigator 1:** And part of those would be computers or systems that you sold or deliveries that you accepted on behalf of Mr. Jallo.

**Orlando Marshall:** Primarily, the computers that were sent to my house were for Mr. Jallo. For him to pick up, like I said, he had a person he was dealing with, I don't know who that person was but that person was, in turn, purchasing the computers from him.

**Investigator 1:** How long would a delivery stay there?

**Orlando Marshall:** They were gone quick, I mean, it would, pretty much, they got there around 5 or 6, they were gone the same day.

**Investigator 2:** What was the time frame of your dealings between Mike and the Gateway computers coming in and out of your apartment? Did that last for a two year period, a year period?

**Orlando Marshall:** Going on about a year now.

**Investigator 2:** Do you know the time frame, as far as dates?

**Orlando Marshall:** I don't. Let me see, it probably started, let me think, probably around, I would say before November, before October.

**Investigator 2:** Of what year?

**Orlando Marshall:** Of 2001.

**Investigator 2:** And ended about?

**Orlando Marshall:** It ended about, let me see, ended roughly May of 2002.

**Investigator 2:** Okay. I don't know, we may have mentioned this earlier, kind of stepping back a ways, his name is Mr. Abdullah.

**Investigator 1:** Abdullah Jallo.

**Investigator 2:** Okay. At some point did he mention that a search warrant was conducted at his residence?

**Orlando Marshall:** Yes, he did.

**Investigator 2:** Okay. What was the nature of that conversation?

**Orlando Marshall:** He told me, I guess I was out of town during the week that it happened, he told me when I seen him at work, and we worked different shifts. He came up to me and he was excited and he said, "Man," he said, "the goddamn police ran up in my place." He was like, "Man," he said, "they gonna come after you." He said, "One of the boxes had your name on it." And you know, I said, "Well man, you know, shit, I ain't collected any money from that shit. I was getting that shit for you." And he was like, "Yeah man, but you know, they coming after you, you know what I'm saying." Nothing I can do.

**Investigator 1:** I'm looking at the spreadsheet here and we've gone over this a couple…and I keep referring to it. In reference to the Fonderoy Henkerson purchase would it surprise you, would it sound accurate, if I told you the date that that particular computer was shipped, or system, was July 24, 2001? Would that sound fair?

**Orlando Marshall:** No, I wouldn't…I thought my dealings with her was roughly, probably around November 2001. That's to my recollection. I don't think it went back that far with her.

**Investigator 1:** And I had also mentioned, one name I neglected to mention, was the name Jacqueline Moore. Do you recall that?

**Orlando Marshall:** Yes.

**Investigator 1:** And was that a purchase that you handled or set up?

**Orlando Marshall:** Yes.

**Investigator 1:** And what kind of, I guess was it a system, was it one piece?

**Orlando Marshall:** Yeah, I think it was one piece.

**Investigator 1:** Do you remember what that piece was?

**Orlando Marshall:** I think it was a CPU.

**Investigator 1:** Now you also had indicated to myself and Agent Wintley in a prior conversation that there was a time when Dwayne had mentioned that it would get hot at the Gateway plant.

**Orlando Marshall:** Not Dwayne, Mike.

**Investigator 1:** Mike mentioned it. Okay. Mike had mentioned that it was getting hot down there. Explain to me the nature of the conversation and how things were handled at that point.

**Orlando Marshall:** Well, Mike told me back in, let me see, I want to say maybe early May of 2002 that Gateway was doing inventory and he said to me that he wouldn't be able to probably send any more computers. And I said, "Well, that's fine." And he told me that there was a possibility that they could only get CPUs. Abdul, I told Abdul, I passed this information on to Abdul. He told me, well you know, his boys wanted the CPUs. And Mike checked and they waited. Things were, he said he was going to wait for it to stop getting hot. He then proceeded to start sending shipments of CPUs again and he only sent a few of them then it stopped.

**Investigator 1:** You had also indicated in our conversations before that Abdul Jallo had been sending the computers elsewhere, some of the stuff he was getting.

**Orlando Marshall:** Yes.

**Investigator 1:** Where was he sending those?

**Orlando Marshall:** I believe he was sending them to somewhere in Africa, he's not Nigerian. I can't recall what country he's from. I think he's Liberian. But he mentioned to me that it was very expensive to send stuff back to Africa.

**Investigator 1:** And that's why you know he was shipping them back to Africa?

**Orlando Marshall:** Yes.

**Investigator 1:** That's what makes you believe that?

**Orlando Marshall:** Yes.

**Investigator 1:** Alright. We've covered pretty much everything. Just a couple of final questions here. Mr. Marshall, in reference to your coming in and giving this statement today, were you threatened or coerced by anyone, the Metropolitan Police Department, or the Task Force, or anything to give us this statement.

**Orlando Marshall:** No.

**Investigator 1:** Were you promised anything?

**Orlando Marshall:** No.

**Investigator 1:** Okay. And are you currently under the influence of any alcohol?

**Orlando Marshall:** No.

**Investigator 1:** Medication?

**Orlando Marshall:** No.

**Investigator 1:** Illicit narcotics?

**Orlando Marshall:** No.

**Investigator 1:** And finally is there anything else you would like to add to this statement?

**Orlando Marshall:** No.

**Investigator 1:** Alright. This statement is going to end at 14:59 hours. We'll point out that Mr. Marshall came in at approximately 11 AM this morning. We had our discussions and began recording this interview at the time mentioned earlier on the tape. Mr. Marshall will be free to leave when this interview is concluded, which it will be right now at 14:59 hours.