UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. Action No. 06-0064 (JR) |
| CHARLES EMOR, | ) ) ) | |
| Defendant | ) ) | |

### UNOPPOSED MOTION TO CONVERT SENTENCING DATE TO A STATUS HEARING

COMES NOW, Defendant, Charles Emor, through undersigned counsel, respectfully requests that this Court continue the sentencing date, currently scheduled for Tuesday, March 20, 2007, and convert it to a Status Hearing. At that time, counsel would request that the Court set a new sentencing date. Assistant United States Attorney Roy Austin has no objection to the relief requested herein.

Charles Emor was convicted of a single count of conspiracy to commit mail fraud. As the Court is aware, the parties have been involved in extensive post-trial litigation. As a result of the post-trial litigation, Mr. Emor has not adequately prepared for sentencing. Mr. Emor, of course, hopes that the Court will agree with him that a new trial is warranted and, as a result, sentencing will not be necessary. In the event that the Court denies his motion and sentencing is necessary, Mr. Emor would request that the Court pick a new sentencing date on March 20, 2007.

Counsel for Mr. Emor also asks for leave to leave to late file objections to his presentence investigative report until after a new sentencing date is picked.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Sentencing Date scheduled for March 20, 2007 be converted to a Status Hearing. Furthermore, it is respectfully requested that leave be granted to late file objections to the presentence investigative report. A draft order is attached for the Court's consideration.

                                                      Respectfully submitted,

                                                      SCHERTLER & ONORATO, LLP

                                                      _____/s/_____
                                                      David Schertler (D.C. Bar No. 367203)
                                                      Danny Onorato (D.C. Bar No. 480043)
                                                      601 Pennsylvania Avenue, NW
                                                      North Building, 9th Floor
                                                      Washington, DC  20004
                                                      Tel. (202) 628-4199
                                                      Fax: (202) 628-4177

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically this 6th day of March, 2007 upon Assistant United States Attorney Roy L. Austin, Jr., Esq., counsel for the government.

_____/s/_____
Danny Onorato