UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 06-0064 (JR) |
| ) | |
| CHARLES EMOR, ) | |
| ) | |
| Defendant ) | |

## (PROPOSED) ORDER

BASED UPON the Defendant's Unopposed Motion to Convert Sentencing Date to a Status Hearing, and the government's non-opposition thereto,

IT IS HEREBY ORDERED that said Motion be, and hereby is, GRANTED, and it is,

FURTHER ORDERED that the Sentencing date of March 20, 2006 is hereby Vacated and shall be converted to a status hearing,

IT IS FURTHER ORDERED THAT Defendant's request for leave to late file objections to the presentence investigative report is GRANTED, and that counsel shall file them after a new sentencing date is set in this matter.

Dated this _____ day of March, 2007.

_____
JAMES ROBERTSON, JUDGE
UNITED STATES DISTRICT COURT

cc: Roy L. Austin, Jr., Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530

David Schertler, Esq.
Danny Onorato, Esq.
SCHERTLER & ONORATO
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC  20004