UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Cr. No. 06-64 (JR) |
| v. | : | |
| | : | |
| | : | |
| CHARLES EMOR, | : | |
| | : | Hearing: March 20, 2007 |
| Defendant. | : | |
| | : | |
| | : | |

NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that it is hereby filing Exhibits 4, 5, 6, 7 and 8 to Government's Opposition to Defendant's Motion for New Trial. The government has delayed filing these exhibits because after filing its Opposition the government received the following message:

> NOTICE OF CORRECTED DOCKET ENTRY: Document #58 as to CHARLES EMOR was entered in error and counsel was instructed to refile said pleading once judge rules on the motion. (hsj, )

Though neither government counsel nor anyone in his office was "instructed to re-file," except by way of the above notice, the government attempted to wait until the Court had ruled on Government's Unopposed Motion Seeking Leave to Late File Opposition. With the hearing coming

-1-

up tomorrow, the Government believes that the Court should have a full record upon which to make its determination.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

    By:_____
        ROY L. AUSTIN, JR.
        Assistant United States Attorney
        Fraud and Public Corruption Section
        CA Bar #211491
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 353-9458

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent electronically to the attorneys for the defendant, David Schertler and Daniel Onorato, Schertler & Onorato, this ____ day of March, 2007.

_____
Assistant United States Attorney