## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **CR 06-** *005-01* |
| | : | |
| **ORLANDO MARSHALL,** | : | **FILED** |
| | : | |
| **Defendant.** | : | **JAN 2 6 2006** |
| | : | CLERK, U.S. DISTRICT COURT |
| | : | DISTRICT OF COLUMBIA |

### STATEMENT OF OFFENSE

The United States and Orlando Marshall agree that the following facts are true and correct:

Gateway Computers is a publicly held company that manufactures and distributes personal computers and related components. Gateway manufactured and distributed computers and components from a plant in Hampton, Virginia.

In the latter part of 2000, I introduced my cousin, "M.R.," to an acquaintance of mine named C.E. M.R. subsequently told me that he had been selling stolen Gateway computers to C.E.

In the summer of 2001, M.R., informed me that he, together with another individual known as "D.S.," whom I have known on a casual basis since high school, could get computers and computer components from Gateway. M.R. asked me if he and D.S. could send Gateway computers and components to my house in Washington, D.C. I agreed to accept delivery of the computers. At the time that I agreed to permit my house to be used in this manner, I knew that I was receiving stolen computers and components.

I also then began taking orders for stolen Gateway computers and components from my



acquaintances and colleagues, including A.J. My acquaintances and colleagues would tell me what type of computer system they wanted and pay me for the product. I accepted payment in the form of both cash and checks for the computers. I would then either provide M.R. with the customer's name so that the computer and components could be shipped to the customer directly from Gateway, or else I would accept delivery on behalf of the customer and bring the computer and components to their home or office. The UPS shipping records reflect that I received shipments of stolen Gateway computers and products at my home, which is located at 103 G Street, S.W., Washington, D.C. on the following dates: July 24, 2001; August 27, 2001; September 4, 2001; September 10, 2001; September 26, 2001; October 4, 2001; October 10, 2001; October 29, 2001; November 20, 2001; December 5, 2001; December 11, 2001; December 26, 2001; January 16, 2002; January 23, 2002; February 5, 2002; February 26, 2002; March 4, 2002; March 12, 2002; March 18, 2002; March 27, 2002; April 26, 2002. I have no basis to disagree with these shipping records. These shipments usually were addressed to me, but sometimes were sent to me under other names or in care of other people.

I declare under penalty of perjury that the foregoing facts are true and correct.

Orlando Marshall

12-30-05