MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NUMBER: | 0656-1512169 FB(2) |
| PERSON INTERVIEWED: | Orlando Marshall |
| PLACE OF INTERVIEW: | USAO-DC |
| DATE OF INTERVIEW: | December 1, 2005 |
| TIME OF INTERVIEW: | 10:15 A.M. |
| INTERVIEWED BY: | Postal Inspector Marydith J. Newman and AUSA Sarah Chasson |

Orlando Marshall (Marshall) was interviewed in reference to his involvement with a scheme to steal and then sell Gateway computers. Present during the interview was Marshall's attorney Tara Harrison.

**BACKGROUND**

Marshall grew up in the Tidewater area of Virginia. He graduated from Kecoughtan High School, Hampton, VA in 1989. He graduated from Norfolk State in 1994 and earned a Masters degree in Social Work in 1998 from Howard University. He has been employed as a social worker for the District of Columbia since 1998.

Marshall's current address is 15819 Deer Creek Court, Laurel, MD.

**GATEWAY COMPUTER SHIPMENTS**

Marshall's cousin Michael Ralph (Ralph) approached him about receiving shipments of Gateway computers and selling them. According to Marshall, Ralph needed the money until his lawn care service AMC Lawn Care was up and running. Ralph had a contact at Gateway, Dwayne Simmons (Simmons) who could divert shipments to pre-arranged addresses.

Marshall began receiving shipments of two computers at a time to his apartment in Washington, DC. According to Marshall, Ralph told him that only two computers would be shipped at a time to avoid suspicion. Marshall had to be home to sign for the packages so that they would not be shipped back to Gateway. Marshall would sell the computers for cash. Marshall also would provide names and addresses of people who wanted a computer to Ralph. In these cases the computers would be shipped directly to the customers.

Marshall would collect cash payments for the computers and either give the money to Ralph or deposit it directly into Ralph's bank account. Marshall would collect $500-$700 per computer. Marshall stated that he did not add a mark up to make money for himself. Marshall believes that he deposited approximately $45,000 of proceeds into Ralph's bank account.

When Marshall began receiving shipments, each shipment would contain four boxes of lower grade models of a CPU, monitor, speakers and a printer. All of the equipment was Gateway brand except the printers which were Cannon. Towards the end of the scheme, only a high end CPU would be shipped. Marshall stated that there was a switch in the type of equipment because Gateway was watching the computer inventory more closely and the other components of the computer system were being shipped from another plant.

Marshall and Ralph argued over the shipments. Shipments started arriving to Marshall's home in the name of Sofia Brashir (Brashir). At the time Brashir was Marshall's girlfriend. Marshall asked Ralph to stop using her name. Marshall also felt that it was a hassle to have to stay home to wait for the shipments since he had to sign for them.

There came a time when Marshall did not want to continue receiving computer shipments. He stated that his apartment was too small for all of the computers and he only made approximately $1,000 total for receiving the shipments. He told Ralph that he didn't want to be involved anymore. During an argument, Ralph told Marshall that Simmons was no longer employed at Gateway and that he was getting the computers from someone else. Marshall didn't know who Ralph was getting the computers from.

**RALPH AND MARSHALL'S CUSTOMERS**

According to Marshall, he started getting a lot of calls from people who wanted to buy a computer. It spread by word of mouth that he sold computers. Marshall arranged for the following people to receive a computer from Ralph:

- Donnell Penn, Marshall's friend who lives in Boston, MA.

- Jamal Humes, Marshall's ex-girlfriend's sister's husband. Humes contacted Ralph directly.

- Three computers were shipped to the Charter Seed School in Washington, D.C. in the name of David Pugh. According to Marshall, those computers were not for the school but for three school employees. Marshall worked at the Charter Seed School part-time as part of the residential staff.

- Sebatian Murray, Marshall's co-worker's brother.

- Computers were also shipped to Fondaroy Hankkerson, Trenan Hart, Jacqueline Moore, Vickie Guion, and Sylvester Judge.

Marshall also received checks for $550 from Camille V. Remy and Jacqueline Moore in October 2002. Those checks were payments for Gateway computers.

Marshall stated that Everette Brown (Brown) known as "Jello" who lived in Upper Marlboro, MD received Gateway computers from Ralph. Brown is Ralph's step-father and is deceased. According to Marshall, Ralph was responsible for shipments that went to Michigan. Ralph had indicated to Marshall that computer shipments were going out to different parts of the country.

**SIMMONS AND RALPH'S RETURN POLICY**

Marshall stated that Simmons and Ralph had a return policy for the computers. If a component of the computer broke within a certain period of time after it was purchased, Simmons and Ralph would replace it. The customer would bring the broken component back to Marshall, who would then return it to Ralph. Simmons would then ship the customer a new component.

Marshall also brought some of the computers to Black Star Computers, a repair shop near the Washington, D.C. waterfront area. He would pay for the repairs and then be reimbursed by Ralph. The repairs would cost around $65. Marshall gave his Gateway computer away to a customer after the customer's computer broke.

**CHARLES EMOR**

Marshall stated that he and Emor (Emor) met in 1996 while working at the now closed Fedora school once located in Washington, DC. Currently Emor owns a school called the Sunrise Academy. In 2000, Marshall introduced Emor to Ralph. Ralph's wife is a special education teacher who was looking for a job in Washington, DC. Marshall hasn't spoken to Emor since 2000.

According to Marshall, initially he did not know that Emor was receiving computers from Ralph. He later found out from Ralph that Emor was also receiving computers. Emor and Ralph worked directly together arranging computer shipments without Marshall. Marshall never collected money from Emor on behalf of Ralph.

After a search warrant was conducted on Marshall's apartment, Marshall contacted Ralph to let him know. Ralph then contacted Emor to advise him that the police had been to Marshall's apartment.

**ABDUL JALLOH**

Abdul Jalloh (Jalloh) works with Marshall as a social worker for the District of Columbia. Marshall arranged for Jalloh to start receiving Gateway computers.

According to Marshall, Jalloh was selling the computers that he received. Marshall did not know who Jalloh was selling the computers to.

At times Jalloh would buy computers directly from Marshall. Jalloh would contact Marshall at the end of his shift at work and come to Marshall's apartment to pick up computers. Jalloh also received computer shipments at his home. Jalloh was receiving two computers a week. Marshall would receive cash payments from Jalloh for the computers. During this time period, Marshall was taking in about $2,000 per week.

Marshall stated that Ralph didn't trust Jalloh and did not want to deal with him directly. Marshall did recall one occasion where Jalloh and Ralph met. Ralph met Jalloh in the parking lot of Marshall's apartment building to deliver computers. Jalloh bought five CPUs from Ralph in the parking lot while Marshall was present.

_____                    December 9, 2005
Marydith J. Newman                                 Date
U.S. Postal Inspector