MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NUMBER: | 0656-1512169 FB(2) |
| PERSON INTERVIEWED: | Michael Ralph |
| PLACE OF INTERVIEW: | USAO-DC |
| DATE OF INTERVIEW: | November 18, 2005 |
| TIME OF INTERVIEW: | 11:15 A.M. |
| INTERVIEWED BY: | Postal Inspector Marydith J. Newman and Assistant United States Attorney Sarah Chasson |

---

Michael Ralph (Ralph) was interviewed regarding his knowledge of computer theft from the Gateway computer manufacturing plant in Hampton, VA during 2001 and 2002. Present during the interview was Ralph's attorney Dani Jahn. Ralph related the following information.

**BACKGROUND**

Ralph was born June 5, 1969. He grew up in the Langley Park neighborhood in Washington, DC. When he was in the 6th grade, he and his mother moved to Newport News, VA to live with his grandmother. During Ralph's childhood, his cousin Orlando Marshall (Marshall) who Ralph refers to as "Pop" lived with him. Marshall's mother and Ralph's mother are sisters. After he finished college, Marshall moved to Washington, DC to attend graduate school at Howard University. Ralph stated that he and Marshall maintained a friendship and speak frequently.

Ralph graduated in 1989 from Ferguson High School in Newport News, VA. In high school, Ralph and Dwayne Simmons (Simmons) were good friends and played football together. He referred to Simmons as being like a brother to him. Currently, Ralph sees Simmons about once a month and speaks to him frequently. Simmons used to be a supervisor in the shipping department at Gateway computers in Hampton, VA. Simmons currently works at the Ball Metal plant.

After finishing high school, Ralph worked numerous jobs. He worked as a security guard for the Newport News school system for seven years. During this time he took a job through the temporary employment agency Manpower loading computers onto UPS trucks at the Gateway computer manufacturing plant in Hampton, VA to make extra money. In 2000, Ralph started his own business AMC Lawn Care which he currently owns and operates.

**STOLEN GATEWAY COMPUTERS**

Ralph stated that he, Simmons, Marshall and others became involved in a scheme to steal computers from the Gateway Computer manufacturing plant in Hampton, VA. Ralph could not recall the specific date, but believed that sometime in 2000, Simmons wanted a Gateway computer for himself. He wanted to ship it out of state so it would be harder to trace. Ralph gave Simmons Marshall's address in Washington, DC to use for the shipment. The first shipment contained four Gateway computer systems. One each for Simmons, Marshall and Ralph and a computer for another Gateway employee named Adam (Adam) (LNU, possibly Debrough, nickname "Guru"). Each shipment contained a CPU, monitor and speakers.

According to Ralph, after the initial shipment of four computers, Marshall asked Ralph if he could get any more computers. Marshall had sold the original computer he had received. Ralph approached Simmons to see if he could get any more computers. At first Simmons refused to ship any more computers. Simmons later came to Ralph and told him that if he could get more addresses, Adam could arrange to have more computers shipped.

Adam had access to Gateway's internal record keeping system and could erase the shipments from the system. The only way the shipments could be tracked was through UPS. If a shipment was returned to Gateway because a recipient wasn't home, the shipment would be returned to the Teardown department at Gateway where Adam would receive it. Adam was in charge of stealing and shipping the computers because he was a shipping analyst at Gateway and it wouldn't look suspicious if he was moving large amounts of computes around the facility.

Ralph and Marshall would find people in Washington, DC to buy the computers. A large number of shipments went to Marshall, Abdul Jalloh (Jalloh) and Charles Emore (Emore). Jalloh and Emore are acquaintances of Marshall. Ralph and Marshall found buyers for the computers and collected the money, Simmons and Adam shipped the computers. Ralph would either call or email Simmons at Gateway to give them the address of the buyer. At first Ralph did not know who Adam was. He only knew that Simmons was working with someone inside Gateway. Later on Simmons started mentioning Adam by name. Ralph never met Adam or contacted him directly.

Ralph only provided Simmons with addresses in Washington, DC. He did not provide any addresses in Virginia. Ralph recalled providing Simmons with one address in Mitchellville, MD.

Ralph stated that when they first started shipping the computers, only two computers would be shipped to a residential address to avoid suspicion. Emore had a school so he received more shipments. Simmons and Adam would never ship computers during an inventory time for fear of getting caught. They never shipped laptops or destination systems only CPUs, Monitors and speakers.

There came a time when Simmons wanted out of the operation. Ralph needed the money and asked Simmons if he could start contacting Adam directly. Simmons refused and the operation came to a halt. Simmons negotiated with Adam for a larger cut in the profits and started up the operation again. Ralph thinks there was a one month hiatus of computer shipments when Simmons backed out of the operation.

**PAYMENT FOR COMPUTERS**

Ralph stated that they were charging approximately $450-$550 per computer. Ralph would keep $100-$150 per computer and give the rest to Simmons. Simmons and Adam would split the rest of the money. Marshall would add a mark up on the computers he sold of $50-$60 per computer and keep it for himself.

Ralph would drive to Washington, DC usually on Tuesdays to collect money from Marshall and other people who received computers. Ralph stated most of the time he would collect cash from customers and Marshall. Occasionally he would collect checks and postal money orders. Marshall had access to Ralph's Bank of America checking account and would make cash deposits when Ralph didn't come up to Washington, DC. Marshall also met Ralph at King's Dominion off of I-95 in Virginia to drop of payments.

Ralph had disagreements with Simmons over the amount of money he was making off of the computers. He felt that he should be getting more money. At times Ralph would go weeks without turning collected payments over to Simmons. This also caused Ralph and Simmons to fight. One time Ralph gave Simmons a $9000 cashiers check to pay back money that he had not turned over to Ralph.

**ORLANDO MARSHALL**

According to Ralph, after a while Marshall didn't want to receive any more computer shipments. He wasn't making enough money for the trouble of receiving the computers and finding buyers for them. Marshall used the name Sophia Brashir (Brashir) to receive computers. Brashir at the time was Marshall's girlfriend. Marshall never contacted Simmons or Adam directly. He only contacted Ralph to place orders or to turn over payments.

**CHARLES EMORE**

Ralph met Charles Emore (Emore) through Marshall. Ralph stated that Marshall knew Emore through work. Emore owns a school in Washington, DC called the Sunrise Academy. Marshall was some of Emore's students' social worker. Marshall arranged for Emore to start receiving computers. Emore started receiving a large number of computers. Eventually Emore changed the names on his shipments. He started receiving shipments in the names of Chuck Emerson (a play on Emore's name) and Mikene Edwards (Edwards). Edwards is one of his employees.

Initially Marshall collected money from Emore. He was having a hard time dealing with Emore and Ralph took over collecting the money. Ralph tried to collect money from Emore every two weeks. At times Emore would wire transfer payments to Ralph's Bank of America checking account. Emore also met Ralph at King's Dominion off of I-95 in Virginia to drop of payments.

Emore was purchasing the computers for a discount price since he was buying so many of them. Simmons dropped the price to $425 per computer for Emore. Ralph would only get $50-$75 per computer when Emore bought them.

According to Ralph, Emore could get computers from a source he had a Dell computers also. Ralph remembers Emore complaining about the cost of Gateway computers and that his source at Dell didn't charge as much.

Ralph called Emore when he came up to Washington, DC to meet with AUSA Chasson in October, 2005. Ralph told Emore of the investigation into stolen Gateway computers. Emore told Ralph that he had purchased the Gateway computers used and legally. He also told Ralph that he had receipts to prove it. He wouldn't discuss the matter further with Ralph.

### ABDUL JALLOH

Ralph met Abdul Jalloh (Jalloh) once while visiting Marshall in Washington, DC. Jalloh was leaving Marshall's apartment building with Marshall while Ralph was coming in. Marshall introduced Ralph to Jalloh as "Mike". Ralph was angry with Marshall because it was apparent to him that Jalloh knew that the Gateway computers were coming from him. Ralph didn't want Jalloh to know his identity.

According to Ralph, Jalloh placed shipment orders with Marshall. He never contacted Ralph directly. Jalloh received shipments in the name Tracy Jones (Jones). Jones was also dating Marshall during this time.

### PROBLEMS WITH COMPUTERS

Ralph stated that there were problems with some of the computers that they were selling. Occasionally they would get a customer complaint because a computer didn't work. Marshall had a friend who could fix computers and would end up paying for the computer out of pocket. If the computer couldn't be repaired, Ralph would bring it back to Simmons.

### JEFF BARNEY AND DEMETRIUS (LNU)

According to Ralph, Jeff Barney (Barney) was Simmons supervisor at Gateway. He was also involved with stealing computers from Gateway. Simmons recently contacted Barney to let him know of the current investigation.

Another Gateway employee named Demetrius (LNU) sold Gateway computers and shipped them from the plant. Ralph remembers laughing about Demetrius with Simmons because one of his customers never paid him for the computer. Demetrius quit his job at Gateway when the initial investigation into stolen computers began. He currently works at the WalMart Distribution center in Williamsburg, VA.

_____  
Marydith J. Newman  
Postal Inspector

<u>November 22, 2005</u>  
Date

MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NUMBER: | 0656-1512169 MF (2) |
| PERSON INTERVIEWED: | Michael Ralph |
| PLACE OF INTERVIEW: | USAO-DC |
| DATE OF INTERVIEW: | January 12, 2006 |
| TIME OF INTERVIEW: | 11:00 A.M. |
| INTERVIEWED BY: | Postal Inspector Marydith J. Newman and Assistant United States Attorney Sarah Chasson |

---

Michael Ralph (Ralph) was interviewed regarding his knowledge of computer theft from the Gateway computer manufacturing plant in Hampton, VA during 2001 and 2002. Present during the interview was Ralph's attorney Dani Jahn. Ralph related the following information.

**CHARLES EMOR**

Ralph met Charles Emor (Emor) through his cousin Orlando Marshall (Marshall). Emor was trying to start a school in Washington, D.C. Marshall introduced Ralph and his wife to Emor because Ralph's wife works in the education field. Ralph's wife is a special education teacher in a middle school in Newport News, VA. Ralph thinks he met Emor 3-4 years before he starting shipping computers to Emor.

According to Ralph, Marshall told Emor that Ralph had access to Gateway computers. Marshall told Ralph that Emor was involved with selling Dell computers and plasma TVs. Emor started buying computers from Ralph, Ralph shipped them directly to Emor. Ralph stated that he does not remember when he started shipping computers to Emor. Initially, Marshall would collect payments for the computers from Emor. Later, Ralph would collect payments from Emor himself. Emor also referred customers to Ralph.

After reviewing UPS shipping records, Ralph stated that Chuck Emerson and Makini Edwards were people that Emor referred to him. He also remembered shipping computers to Emor at 6700 Bellcrest, Hyattsville, MD. Ralph stated that he thinks Emor gave him about 20 names. However, when shipping the computers, names were made up to disguise who the computers were going to. He did not recognize any other names from the UPS records.

Ralph reviewed checks written to him from Emor. Ralph confirmed that Emor wrote him checks to pay for Gateway computers. He also stated that Emor wrote him

checks to pay back a $6,000 cash loan that Ralph had made to Emor. Ralph loaned Emor $6,000 to help him start up his school. At the time that Ralph loaned Emor $6,000, Ralph was employed as a school security guard making $15,000 per year.

**DONNA GRAY**

Ralph stated that Donna Gray (Gray) is a friend of his wife's from college. He approached Gray about receiving computer shipments at her home in Mitchellville, MD. He told Gray that he couldn't ship the computers locally. Gray was aware that the computers were stolen. Initially, Gray received a shipment for Ralph of four computers. In that shipment, there was a computer for Ralph, Gray, Dwayne Simmons (Simmons) and Adam DeGroat (DeGroat). Gray received her computer for free since she let Ralph use her address. Ralph believes that a second shipment of computers to Gray may have been for her nephew.

**GATEWAY COMPUTER RECIPIENTS**

According to Ralph, he provided Simmons and DeGroat names and addresses of Gateway computer recipients via telephone or email. When Ralph emailed the information to Simmons, he would email it to Simmons' Gateway email address. Simmons would then give the information to DeGroat. DeGroat would fix the address if something was wrong with it. Ralph never brought computers to Washington, DC or Maryland. The computers were always shipped.

Ralph reviewed Gateway shipping records and recognized some of the names. Everette Brown (Brown) was Ralph's step father who lived in Maryland. Ralph didn't know what Brown did with the Gateway computers that he received. However Brown owned a pawn shop. According to Ralph, Marshall gave him the names and addresses of Donnell Penn, Jamal Humes and Fondaroy Henkerson.

Ralph remembers using the name Junnie Redcross (Redcross) to ship computers. Redcross is Ralph's neighbor in Hampton, VA. Redcross was not involved with the scheme to steal computers from Gateway.

**ADAM DEGROAT AND JEFF BARNEY**

Ralph stated that after DeGroat and Jeff Barney were interviewed by Postal Inspectors, they contacted Simmons to tell him about the interviews. They both told Simmons that they told the Inspectors that they knew nothing about the stolen computers. Barney was concerned because the Inspectors referred to DeGroat as "Guru."

_____     January 23, 2006
Marydith J. Newman                                 Date
Postal Inspector