# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-0064 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **CHARLES EMOR,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Sherri L. Schornstein, at telephone number 202-514-6956 and/or email address Sherri.Schornstein@usdoj.gov.  Sherri L. Schornstein will substitute for former Assistant United States Attorney Roy Austin, Jr.  This is notice of the appearance of Assistant United States Attorney Sherri L. Schornstein in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

_____
SHERRI L. SCHORNSTEIN
Assistant United States Attorney
D.C. Bar # 415219
Fraud and Public Corruption Section
555 4th Street, NW, Room 5229
Washington, DC 20530
(202) 514-6956, (202) 307-2304 (fax)