UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. Action No. 06-0064 (JR) |
| ) | |
| **CHARLES EMOR,** ) | |
| ) | |
| **Defendant** ) | |

## JOINT MOTION TO CONTINUE SENTENCING

COMES NOW, Defendant, Charles Emor, through undersigned counsel, respectfully requests that this Court continue the sentencing date, currently scheduled for Friday, July 13, 2007. As grounds for the motion, counsel states as follows. Recently, a new Assistant United States Attorney Sherri Schornstein has taken the matter over from Roy Austin. Mr. Emor wishes to bring some matters to Ms. Schornstein's attention prior to the sentencing date. The parties would respectfully request that the court allow counsel the opportunity to speak with one another and continue the sentencing at a date convenient to the court during the week of August 13, 2007.

WHEREFORE, the parties respectfully request that the sentencing be continued to the week of August 13, 2007. A draft order is attached for the Court's consideration.

Date: July 2, 2007                                        Respectfully submitted,

SCHERTLER & ONORATO, LLP


_____/S/_____
David Schertler (D.C. Bar No. 367203)
Danny Onorato (D.C. Bar No. 480043)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Tel. (202) 628-4199
Fax: (202) 628-4177