UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 06-0064 (JR) |
| ) | |
| CHARLES EMOR, ) | |
| ) | |
| Defendant ) | |

### (PROPOSED) ORDER

BASED UPON the Defendant's Joint Motion to Continue Sentencing,

IT IS HEREBY ORDERED that said Motion be, and hereby is, GRANTED, and it is,

FURTHER ORDERED that the Sentencing date of July 13, 2007 is hereby Vacated and shall be continued to August ____, 2007.

Dated this _____ day of _____, 2007.

_____
JAMES ROBERTSON, JUDGE
UNITED STATES DISTRICT COURT

cc:   Roy L. Austin, Jr., Esq.
      Assistant United States Attorney
      555 4${}^{th}$ Street, N.W.
      Washington, DC  20530

      David Schertler, Esq.
      Danny Onorato, Esq.
      SCHERTLER & ONORATO
      601 Pennsylvania Avenue, NW
      North Building, 9${}^{th}$ Floor
      Washington, DC  20004