**ATTACHMENT - SECTION III**
**FILED UNDERSEAL**