UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim. Action No. 06-0064 (JR) |
| CHARLES EMOR, | ) |
| Defendant | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Charles Emor, by his undersigned counsel, is appealing from the final judgment entered in this matter on the 20th day of August, 2007, and all adverse rulings leading up thereto, including, but not limited to, the jury's verdict that was returned on December 29, 2006; and the District Court's denial of Defendant's Motion for a New Trial, which denial occurred on or about March 20, 2007. This appeal is being taken to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted,

SCHERTLER & ONORATO, LLP

/s/
David Schertler (#367203)
Danny C. Onorato (#480043)
Peter V. Taylor (#419524)
601 Pennsylvania Ave., NW
North Building, Ninth Floor
Washington, DC 20004-2601
Ph. (202) 628-4199
Fax (202) 628-4177

*Counsel for Defendant Charles Emor*

Dated: August 21, 2007