CR 06-64-02

**FILED**

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616006350
Cashier ID: lfizer
Transaction Date: 08/21/2007
Payer Name: SCHERTLER ONORATO LLP
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SCHERTLER ONORATO LLP
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 3739
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

CR 06-64

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```