**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 06-0064-02(JR) |
| | ) | |
| CHARLES EMOR, | ) | |
| Defendant. | ) | |

### ORDER TO STAY EXECUTION OF SENTENCE

The defendant's motion for bond pending appeal having been granted in open court,

**IT IS HEREBY ORDERED** that:

Defendant Charles Emor's sentence is stayed pending his appeal of the final judgment in this case. The conditions of the defendant's current release will remain in effect until his appeal is resolved.

JAMES ROBERTSON
United States District Judge

Dated: 8/30/07